AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case No: 1.17-mj-539 |
| GEORGE PAPADOPOULOS | ) Assigned To: Chief Judge Beryl A Howell |
|  | ) Date Assigned: 7/28/2017 |
|  | ) Description: Complaint |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January and February, 2017__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001 | Making a False Statement |
| 18 U.S.C. § 1519 | Obstruction |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Robert M. Gibbs
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/28/2017

_____
*Judge's signature*

City and state: Washington, D.C.

Hon. Beryl A. Howell, Chief U.S. District Judge
*Printed name and title*