UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 1:17-mj-539 |
| GEORGE PAPADOPOULOS, | **UNDER SEAL** |
| Defendant | |

### ORDER ADJOURNING PRELIMINARY HEARING, GRANTING A CONTINUANCE UNDER THE SPEEDY TRIAL ACT, CONTINUING SEALING OF THE CRIMINAL COMPLAINT, AND SEALING MOTION AND COURT ORDER

The Court having considered the unopposed motion of the United States to adjourn the preliminary hearing currently scheduled for August 8, 2017; to continue for 30 days the time within which an indictment or information would otherwise have to be filed, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A); and to maintain the criminal complaint and associated filings under seal for the duration of the requested continuance, it is hereby

ORDERED that the United States' motion is GRANTED; it is further

ORDERED that, the defendant having waived his right to a preliminary hearing, the hearing scheduled for August 8, 2017 is adjourned; it is further

ORDERED that, the Court having found that the government has been engaged in discussions with counsel for the defendant about possible dispositions of this case and that the granting of a continuance to allow such discussions best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, the motion to continue for 30 days the time within which to file an indictment is GRANTED; it is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A), the time within which to file an indictment or information is continued through and including September 27, 2017; it is further

FILED
AUG 0 3 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ORDERED that, the Court having found that revealing the material sought to be sealed would jeopardize an ongoing criminal investigation, no available alternatives less drastic than sealing would suffice to protect the government's legitimate interest in concluding the investigation, and the government's legitimate interest outweighs at this time any interest in the disclosure of the material, the government's motion to maintain the criminal complaint and associated filings under seal is GRANTED; and it is further

ORDERED that the criminal complaint, arrest warrant, and all associated filings—including this Order and the government's motion seeking the Order—shall remain under seal until further order of the Court.

Date: August 3, 2017

_____
Hon. Beryl A. Howell
Chief United States District Judge