## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **Criminal No. 17-** /852( RDM) |
| | : Magistrate NO. 17-mJ-539 |
| **v.** | : |
| | : **Violation:** |
| **GEORGE PAPADOPOULOS** | : **18 U.S.C. § 1001 (False Statements)** |
| | : |
| **Defendant.** | : |

### INFORMATION

**FILED**

The Special Counsel informs the Court:

**OCT 0 3 2017**

### COUNT ONE

**Clerk, U.S. District & Bankruptcy Courts for the District of Columbi**

### (False Statements)

On or about the 27th day of January, 2017, defendant GEORGE PAPADOPOULOS did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit, defendant PAPADOPOULOS lied to special agents of the Federal Bureau of Investigation, concerning a federal investigation based out of the District of Columbia, about the timing, extent, and nature of his relationships and interactions with certain foreign nationals whom he understood to have close connections with senior Russian government officials.

### (Title 18, United States Code, Section 1001(a)(2).)

ROBERT S. MUELLER, III
Special Counsel

By: _____

Jeannie S. Rhee
Andrew D. Goldstein
Aaron S.J. Zelinsky
The Special Counsel's Office