UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE PAPADOPOULOS,<br><br>Defendant. | Criminal No. 17-182 (RDM)<br><br>**UNDER SEAL** |

### ORDER GRANTING GOVERNMENT'S MOTION TO SEAL PLEA AGREEMENT, TO CLOSE THE COURTROOM FOR PLEA HEARING, AND FOR LEAVE TO FILE MOTION UNDER SEAL

Having heard the government's motion to seal the proposed plea agreement in this matter, to close the courtroom for the plea hearing, and for leave to file its motion and supporting exhibits under seal; and having considered the motion and exhibits, the Court finds and orders as follows:

1. The government has established a compelling interest in maintaining the secrecy of an ongoing, sensitive investigation;

2. a substantial probability exists that disclosing the defendant's guilty plea and the facts underlying that plea, either in the plea agreement or through dissemination at the plea hearing, would compromise the ongoing investigation by discouraging individuals the government seeks to interview from speaking or otherwise cooperating with government investigators; and

3. no measures other than sealing of the plea agreement and closing the courtroom for the plea hearing are adequate to protect the government interest at stake, because redactions or partial sealing of the plea agreement, or closure of the courtroom for only part of the hearing, would not prevent the defendant's identity as the individual pleading guilty from being publicized.

4. Accordingly, and based on the foregoing findings, it is hereby ORDERED that the United States' motion is GRANTED; it is further

ORDERED that the proposed plea agreement shall be sealed until further order of the Court; it is further

ORDERED that the courtroom shall be closed for the plea hearing scheduled for October 5, 2017 at 2:00 p.m., and that any transcript of that hearing shall be filed under seal; it is further

ORDERED that the United States' October 3, 2017 motion in support of sealing and courtroom closure, and the exhibit thereto, shall be filed under seal; and it is further

ORDERED that the motion of the United States and this Order granting that motion be entered on the public docket under the caption *United States v. Doe* and that no additional identifying information (such as counsel or the prosecutors' office) be entered on the public docket at this time; and it is further

ORDERED that unless the government informs the Court that continuing sealing is not necessary before the elapse of thirty (30) days from this Order, the United States shall file a status report within thirty (30) days of this Order setting forth any continued need to seal the plea agreement and the transcript of the plea hearing.

Date: October ___, 2017                    _____
                                            United States District Judge