UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT - 4 2017
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA,

v.

GEORGE PAPADOPOULOS,

*Defendant.*

Criminal No. 17-cr-182 (RDM)

**Filed Under Seal**

## ORDER

The Clerk's Office is directed to issue a public miscellaneous case assigned to Judge Randolph D. Moss, captioned United States of America v. John Doe. The entries specified in the order filed in the criminal case will be docketed in the miscellaneous case.

**SO ORDERED.**

RANDOLPH D. MOSS
United States District Judge

Date: October 3, 2017