UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | **FILED** |
| v. | Criminal No. | OCT - 4 2017 |
| GEORGE PAPADOPOULOS, | **UNDER SEAL** | Clerk, U.S. District and Bankruptcy Courts |
| Defendant. | | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE SEALED MATERIALS

The United States, having moved to file sealed materials and for sealed proceedings, and having moved for leave to file its motion under seal,

The COURT ORDERS that this Order and the government's motion is sealed; it is further

ORDERED that the docket in this case be captioned *United States v. Doe*; it is further

ORDERED that the government's motion for leave to file its motion under seal is granted, and the docket in this case (captioned *United States v. Doe*) contain an entry titled "Order Granting Motion for Leave to File Sealed Materials," but that this Order will not be publicly accessible, as it is under seal; and it is further

ORDERED that the docket in this case (captioned *United States v. Doe*) contain an entry entitled "Government's Motion to File Sealed Materials and for Sealed Proceedings," but the motion itself and any related materials will not be publicly accessible, as they are under seal.

Date: October 4, 2017

9:22 am

Hon. Randolph D. Moss
United States District Judge