

**LET IT BE FILED**
UNDER SEAL

/s/ Randolph D. Moss
10/4/17

**U.S. Department of Justice**

*The Special Counsel's Office*

Washington, D.C. 20530

October 4, 2017

**UNDER SEAL**

**FILED**

OCT - 4 2017

Clerk, U.S. District and
Bankruptcy Courts

The Honorable Randolph D. Moss
Chief United States District Judge
333 Constitution Avenue, NW
Washington, DC, 20001

    Re: United States v. George Papadopoulos, 17-182 (RDM)

Dear Judge Moss:

    The government has previously filed the Government's Motion to Seal Defendant's Plea Agreement, to Close the Courtroom for Plea Hearing, and for Leave to File the Present Motion Under Seal (the "Motion"). The Motion included a request for leave to file the Motion under seal. In order for the Court to comply with *Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991), however, the government is submitting an additional proposed order (attached) for the Court to note on the public docket the fact of the government's filing and the Court's granting of leave to file the Motion. The government's proposed order uses a paraphrase of the caption of the government's sealing motion in order to avoid possible prejudice to the sealed nature of the proceedings and the interests to be protected by the sealing request. For the same reasons, the government requests that this letter be submitted under seal.

                        Very truly yours,

                        ROBERT S. MUELLER, III
                        Special Counsel

By:           /s/
            Jeannie S. Rhee
            Andrew D. Goldstein
            Aaron S.J. Zelinsky
            The Special Counsel's Office