UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT - 5 2017

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA,

v.

GEORGE PAPADOPOULOS,

*Defendant.*

Criminal No. 17-182 (RDM)

**Filed Under Seal**

## ORDER

Having heard the Government's motion to seal the proposed plea agreement in this matter and to close the courtroom for the plea hearing, and having considered the motion and exhibits, the Court finds as follows:

1. The Government has established a compelling interest in maintaining the secrecy of an ongoing, sensitive investigation;

2. A substantial probability exists that disclosing the defendant's guilty plea and the facts underlying that plea, either in the plea agreement or through dissemination at the plea hearing, would compromise the ongoing investigation by discouraging individuals the Government seeks to interview in the near future from speaking or otherwise cooperating with Government investigators; and

3. No measures other than the sealing of the plea agreement and closing of the courtroom for the plea hearing are adequate to protect the Government interest at stake, because redactions or partial sealing of the plea agreement, or closure of the courtroom for only part of the hearing, would not prevent the defendant's identity as the individual pleading guilty from being publicized.

Accordingly, based on the foregoing findings, it is hereby **ORDERED** that the United

2

States' motion is **GRANTED**; it is further

**ORDERED** that the plea agreement shall be sealed until further order of the Court; it is further

**ORDERED** that the courtroom shall be closed for the plea hearing scheduled for October 5, 2017 at 2:00 p.m., and that any transcript of that hearing shall be filed under seal until further order of the Court; and it is further

**ORDERED** that the Government shall immediately inform the Court if continued sealing is not necessary, and that on or before November 6, 2017, the Government shall file a status report with the Court setting forth any continued need to seal the plea agreement and transcript of the plea hearing.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date: October 5, 2017