UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT -5 2017
Clerk, U.S. District and
Bankruptcy Courts

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal Action No. 17 Cr 182 (RDM) |
| GEORGE PAPDOPULOS, | Chief Judge Beryl A. Howell |
| Defendant. | **FILED UNDER SEAL** |

## ORDER

Upon consideration of Thomas M. Breen's and Robert W. Stanley's Motion to Appear *Pro Hac Vice*, and their declarations in support thereto, it is hereby

**ORDERED** that the Motion to Appear *Pro Hac Vice* is **GRANTED**; and it is further

**ORDERED** that Thomas M. Breen and Robert W. Stanley may enter an appearance *pro hac vice* for the purpose of representing defendant George Papadopoulos in this action; and it is further

**ORDERED** that the Motion to Appear *Pro Hac Vice* and this Order are sealed unless otherwise ordered by the Court.

**SO ORDERED.**

Date: October 5, 2017

BERYL A. HOWELL
Chief Judge