Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT - 5 2017**

Clerk, U.S. District and Bankruptcy Courts

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Criminal Case No.: 17cr182 (RDM) |
| | ) | **SEALED** |
| GEORGE PAPADOPOULOS | ) | |
| | ) | |
| | ) | |

## WAIVER OF INDICTMENT

I, ____GEORGE PAPADOPOULOS____, the above-named defendant, who is accused of

False Statements in violation of Title 18, United States Code, Section 1001(a)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____October 5, 2017____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____     Date: ____10/5/2017____
Randolph D. Moss
United States District Judge