CO 526 Rev 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**OCT - 5 2017**

Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Case No.: 17cr182 (RDM) |
| | ) SEALED |
| GEORGE PAPADOPOULOS | ) |
| | ) |
| | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney
Special Counsel

Approved:

_____     Date: 10/5/17
United States District Judge