**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**OCT 3 0 2017**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE PAPADOPOULOS,<br><br>　　　　　　　　Defendant | No. 17-cr-182 (RDM) |

## ORDER UNSEALING PLEA PROCEEDINGS

The Court being in receipt of the government's letter of October 30, 2017, and having considered the government's representation that sealing of the plea proceedings in the above-captioned case is no longer necessary to protect the interests that formed the basis for the Court's October 5, 2017 sealing order, it is hereby

ORDERED that the Clerk of the Court shall unseal and make available on the public docket any and all documents filed with the Court pertaining to the above-captioned case, including: the information; defendant's plea agreement (including the Statement of Facts); the transcript of the October 5, 2017 plea hearing; the government's October 5, 2017 motion to seal; and the Court's order granting the motion to seal; and it is further

ORDERED that the dockets in the above-captioned criminal case (No. 17-cr-182) and the associated miscellaneous case (No. 17-mc-2482) shall be unsealed in their entirety.

Date: October 30, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Randolph D. Moss
　　　　　　　　　　　　　　　　　　　United States District Judge