# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Criminal No. 17-cr-182 (RDM)** |
| **GEORGE PAPADOPOULOS** : | |
| : | |
| **Defendant.** : | |

## STATUS REPORT

The parties respectfully request that in lieu of the telephonic conference currently set for January 22, 2018, the parties provide a joint status report within ninety days, no later than April 23, 2018.

ROBERT S. MUELLER, III
Special Counsel

By: _____/s/_____
Jeannie S. Rhee
Andrew D. Goldstein
Aaron S.J. Zelinsky
The Special Counsel's Office

cc: Thomas M. Breen
    Robert W. Stanley