UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Criminal No. 17-cr-182 (RDM)** |
| **GEORGE PAPADOPOULOS** : | |
| : | |
| **Defendant.** : | |

**STATUS REPORT**

The parties respectfully request that in lieu of the telephonic conference currently set for April 23, 2018, the parties provide a joint status report within thirty days, no later than May 23, 2018.

                                                            ROBERT S. MUELLER, III
                                                            Special Counsel

By:    _____/s/_____
               Jeannie S. Rhee
               Andrew D. Goldstein
               Aaron S.J. Zelinsky
               The Special Counsel's Office

cc: Thomas M. Breen
     Robert W. Stanley