UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Criminal No. 17-cr-182 (RDM)** |
| **GEORGE PAPADOPOULOS,** : | |
| : | |
| **Defendant.** : | |

## STATUS REPORT

The parties respectfully request that the Court refer this case for the preparation of a presentence investigation report, and that the parties provide a joint status report within thirty days, no later than June 22, 2018.

                                                ROBERT S. MUELLER, III
                                                Special Counsel

                        By:       /s/
                                  Jeannie S. Rhee
                                  Andrew D. Goldstein
                                  Aaron S.J. Zelinsky
                                  The Special Counsel's Office

cc: Thomas M. Breen
     Robert W. Stanley