## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **Criminal No. 17-cr-182 (RDM)** |
| **GEORGE PAPADOPOULOS** : | |
| : | |
| **Defendant.** : | |

## STATUS REPORT

The parties respectfully request that the Court set a date for sentencing in this case. The parties are available on September 7, 2018. Because of defense counsel's trial schedule in September, the parties are next available on October 1, 2018 and thereafter.

                                                        ROBERT S. MUELLER, III
                                                        Special Counsel


By:       _____/s/_____
            Jeannie S. Rhee
            Andrew D. Goldstein
            Aaron S.J. Zelinsky
            The Special Counsel's Office

cc: Thomas M. Breen
     Robert W. Stanley