UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE PAPADOPOULOS,<br><br>Defendant. | Crim. No. 17-182 (RDM) |

**UNOPPOSED MOTION FOR
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States of America, by and through Special Counsel Robert S. Mueller, III, hereby respectfully moves the Court for entry of a protective order governing the production of discovery in the above-captioned case. Entry of a protective order restricting the use, dissemination, and disposition of discovery materials is essential to permit the United States to provide certain discovery to the defendant, which the defendant has requested in advance of his sentencing proceeding, while protecting among other things investigative information and other confidential materials. The United States has conferred with counsel for the defendant, and the defendant consents to this motion and entry of the attached protective order.

WHEREFORE, the government respectfully moves the Court to enter the proposed Protective Order Governing Discovery.

Respectfully submitted,

ROBERT S. MUELLER III
Special Counsel

Dated: August 13, 2018          By:      /s/
Jeannie S. Rhee
Andrew D. Goldstein
Aaron S.J. Zelinsky
The Special Counsel's Office
(202) 616-0800