```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,
                                    Criminal Action
          Plaintiff,                No. 1:17-cr-00182-RDM

     vs.                            Washington, DC
                                    September 7, 2018
GEORGE PAPADOPOULOS,
                                    3:11 p.m.
          Defendant.
_____/


              TRANSCRIPT OF SENTENCING
       BEFORE THE HONORABLE RANDOLPH D. MOSS
            UNITED STATES DISTRICT JUDGE
```

**APPEARANCES**

| | |
|---|---|
| **For the Plaintiff:** | **ANDREW D. GOLDSTEIN** |
| | **AARON S.J. ZELINSKY** |
| | **JEANNIE S. RHEE** |
| | Department of Justice |
| | Office of Special Counsel |
| | 950 Pennsylvania Avenue |
| | Washington, DC 20004 |
| | |
| **For the Defendant:** | **THOMAS M. BREEN** |
| | **ROBERT W. STANLEY** |
| | **TODD S. PUGH** |
| | Breen & Pugh |
| | 53 West Jackson Boulevard |
| | Suite 1215 |
| | Chicago, IL 60604 |

---

| | |
|---|---|
| **Court Reporter:** | **JEFF M. HOOK, CSR, RPR** |
| | Official Court Reporter |
| | U.S. District & Bankruptcy Courts |
| | 333 Constitution Avenue, NW |
| | Washington, DC  20001 |


Proceedings recorded by realtime stenographic shorthand;
transcript produced by computer-aided transcription.

1          **P R O C E E D I N G S**

2          **DEPUTY CLERK:**  Criminal action 17-182, the United

3     States of America versus George Papadopoulos.  Will counsel

4     and the Probation Office please approach the podium and

5     identify yourselves for the record.

6          **MR. GOLDSTEIN:**  Andrew Goldstein from the Special

7     Counsel's Office on behalf of the United States of America.

8     And with me at counsel table are Aaron Zelinsky, also an

9     attorney from the Special Counsel's Office, and Special

10    Agent Curtis Heide from the Federal Bureau of Investigation.

11         **THE COURT:**  Good afternoon to all of you.

12         **MR. BREEN:**  Good afternoon, your Honor.  Judge, my

13    name is Tom Breen, B-R-E-E-N.  I along with Todd Pugh, my

14    partner, and Rob Stanley, my partner, represent George

15    Papadopoulos who, as you will recall, is the gentleman at

16    the desk.

17         **THE COURT:**  Good afternoon to all of you as well.

18         **MS. KRAEMER-SOARES:**  Good afternoon, your Honor.

19    Kelly Kraemer-Soares and Renee Moses-Gregory on behalf of

20    U.S. Probation.

21         **THE COURT:**  Thank you both for being here as well.

22    So as you are all well aware, we're here this afternoon for

23    the sentencing of the defendant George Papadopoulos who has

24    pleaded guilty to one count of making false statements in

25    violation of 18 U.S.C. 1001.  I've received and I've

1    reviewed the presentence report and a recommendation from

2    the Probation Office.  I've reviewed the sentencing

3    memoranda submitted by the Government and the defense in

4    this case.

5            At the outset, let me start with the Government.

6    Is there any other written material that you would request

7    that the Court consider today?

8            **MR. GOLDSTEIN:**  Not that the Government is aware

9    of, your Honor, no.

10           **THE COURT:**  Okay, thank you.  And Mr. Breen, is

11   there anything further of any kind that the defense would

12   ask me to consider today?

13           **MR. BREEN:**  No, your Honor.

14           **THE COURT:**  Okay, thank you.  So Mr. Papadopoulos,

15   the sentencing hearing is going to proceed in four steps

16   today.  Some of it is a bit mechanical, and other portions

17   of it are far from mechanical.

18           The first step is for me to determine whether

19   you've reviewed the presentence report and whether there are

20   any outstanding objections with respect to that report; and

21   if there are, for me to resolve those.  The second step is

22   for me to determine the types of sentences that are

23   available, and the sentencing guidelines range that applies

24   in your case.  The third step is for me to hear from

25   Government counsel, to hear from your counsel, to hear from

1    you if you'd like to be heard and to hear from anyone else

2    who you would like me to hear from today.

3         The final step requires the Court to fashion a

4    just and fair sentence in light of the factors that Congress

5    has specified in 18 U.S.C. section 3553(a).  And as part of

6    that last step, the Court will actually impose the sentence

7    along with any other consequences.  So let me start with the

8    presentence report.  The presentence report and sentencing

9    recommendation were filed in this matter on August 1st,

10   2018.

11        Does the Government have any objections to any of

12   the factual determinations or materials set forth in the

13   presentence report?

14        **MR. GOLDSTEIN:**  We do not, your Honor.  We do

15   think that the last sentence in paragraph 68 should be

16   stricken.  I think that is a holdover from the initial

17   version of the presentence report that is not applicable.

18        **THE COURT:**  Okay.  I was going to ask about that,

19   and I'll ask about that in just a minute.  That's fine,

20   thank you.

21        And with the consent of both parties, I will

22   strike -- or direct that the final sentence of paragraph 68

23   be stricken.

24        **MR. BREEN:**  Yes, your Honor.

25        **THE COURT:**  I assumed that's at the request of the

1    defense.  So why don't I ask for a moment if Mr. Breen and

2    Mr. Papadopoulos can come up to the podium.

3              So Mr. Breen, have you and Mr. Papadopoulos had a

4    chance to review the presentence report?

5              **MR. BREEN:**  We have, your Honor.  And I believe we

6    received a draft, and we were allowed to make corrections or

7    suggestions.  I believe we were allowed to file some amended

8    financial returns that we were having a little problem

9    gathering.  But I think everything is in this presentence

10   investigation.  And Mr. Papadopoulos has reviewed it, and we

11   have discussed it.

12             **THE COURT:**  Okay.  And do you have any objections

13   with respect to the factual determinations in the report?

14             **MR. BREEN:**  No, your Honor.

15             **THE COURT:**  And Mr. Papadopoulos, are you fully

16   satisfied with the representation of your counsel in this

17   case?

18             **THE DEFENDANT:**  Yes, I am, your Honor.

19             **THE COURT:**  And have you had a chance to talk with

20   your counsel about the presentence report and the papers

21   that the Government has filed in this case?

22             **THE DEFENDANT:**  Yes, I have, your Honor.

23             **THE COURT:**  So the Court will accept the facts as

24   stated in the presentence report, and those facts will

25   constitute my findings for purposes of sentencing today.

1          **MR. BREEN:**  Thank you, your Honor.

2          **THE COURT:**  You may be seated.  The presentence

3    report lays out the Probation Office's calculation of the

4    advisory guidelines range that applies in this case, and

5    this is fortunately a case in which that calculation is not

6    a very complicated one.

7          First, just as a preliminary matter, Congress has

8    imposed a statutory maximum sentence for the offense for

9    which Mr. Papadopoulos has pled guilty, and the statutory

10   maximum for making a false statement in violation of 18

11   U.S.C. section 1001 is five years imprisonment.  Under the

12   sentencing guidelines, the parties agree that the base level

13   offense -- the base level for a 1001 violation is six.  The

14   Government has represented that Mr. Papadopoulos has

15   demonstrated acceptance of his responsibility in a manner

16   that entitles him to a two-level reduction.  And therefore,

17   prior to considering any departures or variances,

18   Mr. Papadopoulos' total offense level in this matter would

19   be a four.

20         This does bring me to the one question I had which

21   I think, Mr. Goldstein, you've probably already answered for

22   me which is I did notice that the presentence report had

23   indicated that a two-level enhancement for obstruction was

24   warranted.  When I read the plea agreement, it seemed to me

25   that in the plea agreement the parties had agreed that they

1   would not -- and the Government had agreed not to seek that

2   enhancement.  So I just want to confirm that that's correct?

3           **MR. GOLDSTEIN:**  That is correct, your Honor.

4           **THE COURT:**  Okay.  So I will not then consider an

5   enhancement for obstruction.  Mr. Papadopoulos has no prior

6   convictions, so his criminal history category is one.  And

7   for somebody who is at level four under the sentencing

8   guidelines with a criminal history category of one, that

9   means that the guidelines range is between zero and six

10  months.

11          Any objections at all to those calculations?

12          **MR. BREEN:**  No, your Honor, except it kind of

13  bothers me that that bell of obstruction of justice has been

14  rung.  But I understand that you're not going to take it

15  into consideration in sentencing.

16          **THE COURT:**  Yes, I will not take that into

17  consideration, although I do want when I hear from all of

18  you -- and I will not consider an enhancement for

19  obstruction of justice in any way.  But it would be helpful

20  for me to hear from the parties just about what happened

21  with respect to the Facebook account and the cellphone which

22  I know is mentioned in the statement of offense.  So it's in

23  the record, and I suspect that there is some explanation for

24  that.  But it would be helpful for me to hear about that

25  just when you speak to me later.

1          **MR. BREEN:**  Gladly we will.

2          **THE COURT:**  Okay, thank you.  Then under 18 U.S.C.

3     section 3583(b)(2), the Court may also impose a term of

4     supervised release of not more than three years.  The

5     guidelines recommend a term of supervised release between

6     one and three years.

7          Mr. Papadopoulos is eligible for not less than one

8     nor more than three years of probation if the Court were to

9     conclude that a probationary sentence should be imposed.

10    Because his offense level is below a six under the

11    guidelines, the recommended term of probation is a period

12    not to exceed three years.  The maximum fine for this

13    offense is $250,000.  The guidelines range is between $500

14    and $9,500.

15         It's my understanding that the parties have agreed

16    that a fine should be imposed in the amount of $9,500, is

17    that correct?

18         **MR. BREEN:**  We have, your Honor.

19         **THE COURT:**  Okay, thank you.  The Court must also

20    impose a special assessment of $100.  According to the

21    presentence report, that has not yet been paid.

22         Anything else that anyone wants to add with

23    respect to the statutory or guidelines sentencing factors at

24    this point?

25         **MR. GOLDSTEIN:**  Not from the Government, your

1    Honor.

2              **THE COURT:**  Okay.

3              **MR. BREEN:**  Not from the defense, your Honor.

4              **THE COURT:**  I've also considered whether there are

5    grounds for a departure here.  The presentence report

6    doesn't include any departure grounds.  The parties have

7    agreed in the plea agreement not to seek a departure.  And I

8    don't see a basis for a departure here, so the Court will

9    not make a departure.

10             Before I discuss anything further, I do want to

11   disclose the recommendation that was made from the Probation

12   Office with respect to an appropriate sentence in the case.

13   And I will say that in making this recommendation, the

14   Probation Office has not considered any evidence or

15   information that was not available to the parties in the

16   presentence report.  The recommendation from the Probation

17   Office is a sentence of 30 days imprisonment, 12 months of

18   supervised release, no fine, community service and a special

19   assessment of $100.

20             The Court must now consider the relevant factors

21   that Congress has set forth in 18 U.S.C. section 3553(a).  I

22   must ensure that I impose a sentence that is sufficient, but

23   not greater than necessary, to comply with the purposes of

24   sentencing.  Those purposes include the need for the

25   sentence imposed to reflect the seriousness of the offense,

1    to promote respect for the law and to provide a just

2    punishment for the offense.  The sentence should also afford

3    adequate deterrence to criminal conduct, protect the public

4    from future crimes of the defendant and promote

5    rehabilitation.

6         In addition to the guidelines and policy

7    statements, I must consider the nature and circumstances of

8    the offense; the history and characteristics of the

9    defendant; the need for the sentence imposed; the guidelines

10   range; the need to avoid unwarranted sentencing disparity

11   among defendants with similar records who have been found

12   guilty of similar conduct; and the types of sentences

13   available.

14        Mr. Goldstein, would the Government like to be

15   heard?

16        **MR. GOLDSTEIN:**  Yes, your Honor.  Thank you,

17   Judge.  In this case, the defendant deliberately and

18   repeatedly lied to agents of the FBI during the course of a

19   highly significant federal investigation.  He knew the

20   questions that he was being asked were important.  He knew

21   that lying to the agents was a crime.  But he chose to lie

22   again and again to advance his personal interests.

23        He lied to conceal his contacts with Russians and

24   Russian intermediaries while he was working on the Trump

25   campaign.  And he lied, as the defense concedes, because he

1    thought it would help him in his efforts to get a high level

2    position in the new administration.

3            So your Honor, this was a serious offense.  It was

4    not a momentary lapse of judgment.  The lies were

5    purposeful, they were calculated and they caused harm to the

6    investigation.  The defense in their submission argues that

7    any harm was speculative.  But as we set forth in our

8    memorandum, the defense's -- the defendant's lies had a

9    material impact on the Government's approach to the

10   defendant at that time and the investigative steps that

11   followed.

12           As an example, because of the defendant's lies,

13   the Government had to painstakingly piece together the

14   truth, what really happened, through months of additional

15   investigation that entailed obtaining through the judicial

16   process and then pouring through e-mail accounts, toll

17   records, LinkedIn messages and on and on in order to figure

18   out what actually the truth was.

19           The Government ended up going through more than

20   100,000 e-mails that were relevant to the defendant's

21   actions, more than eight gigabytes of data all in order to

22   discern the true nature of the defendant's contacts and

23   communications with the individual identified in the papers

24   as the Professor and his other connections with Russia

25   during the campaign.

1          It's also notable that the defense's submission

2     doesn't point to any substantial mitigating circumstance.

3     There are no lack of advantages in the defendant's

4     upbringing.   There are no mitigating family circumstances.

5     And while it is true that he did eventually make some

6     efforts to cooperate -- and we do appreciate that, those

7     efforts did not occur until after his arrest, six months

8     after he told his lies.

9          The defendant could have corrected the record at

10    any time before then.   The investigation had become highly

11    public; he knew it hadn't gone away.   But he chose to leave

12    his lies standing as they were.   It was not until he was

13    arrested that he --

14         **THE COURT:**  So can I ask you about that.   He was

15    interviewed and made the false statements in January of

16    2016.

17         **MR. GOLDSTEIN:**  That's correct, your Honor.

18         **THE COURT:**  He then came back in with counsel in

19    February --

20         **MR. GOLDSTEIN:**  In mid February, that's correct.

21         **THE COURT:**  In mid February.   Was there any

22    attempt or effort at that point in time to correct the

23    record?

24         **MR. GOLDSTEIN:**  Not by the defendant, no.

25         **THE COURT:**  Okay.   And did he repeat any of the

1   lies or was the topic at the interview just different

2   topics?

3           **MR. GOLDSTEIN:**  It was largely different topics.

4           **THE COURT:**  I see.

5           **MR. GOLDSTEIN:**  But at that point, he had counsel

6   and there was no effort in that interview to correct any of

7   the misstatements or the lies that were told in the first

8   interview.

9           **THE COURT:**  Okay.  And with respect to his efforts

10  to provide assistance or to cooperate, I do understand that

11  the Government's position is that he did not provide

12  substantial assistance.

13          Am I right in also understanding that in the

14  Government's view, although he made efforts to cooperate,

15  that he did not in fact provide any meaningful assistance?

16          The reason I ask you that question is that the

17  lawyers in the room all know that the phrase substantial

18  assistance has a magic meaning to it, and that's a fairly

19  high standard, whereas assistance could exist that doesn't

20  rise to the level of substantial assistance.

21          **MR. GOLDSTEIN:**  That's a very good question.  The

22  best way to answer that is that he didn't come close to the

23  standard of substantial assistance.  And part of that we

24  addressed in our memorandum in that over the course of the

25  four proffer sessions that we described, it wasn't until the

1    Government confronted the defendant with many of his own

2    communications that we were able to get to a point that we

3    believed to be the truth.

4         And so it was at best begrudging efforts to

5    cooperate, and we don't think that they were substantial or

6    significant in any regard.

7         **THE COURT:**  Do you want to say anything about the

8    telephone too?  I did notice in your submission there was a

9    telephone that wasn't brought to your attention until later

10   in the process.  I couldn't really tell whether that was

11   simply an omission or whether the Government believes that

12   that was a further effort to hide material information.

13        **MR. GOLDSTEIN:**  We don't know if it was an actual,

14   deliberate effort to hide information.  It's certainly

15   indicative of the lack of what one would ever expect from a

16   cooperator, particularly one who had just been arrested and

17   was trying to make efforts to nominally come clean, that it

18   took until the fourth proffer session for the defendant to

19   turn over the phone.  There was also a notebook that took a

20   long time for us to be able to get the defendant to

21   acknowledge and then to turn over.

22        With respect, your Honor, you had asked earlier

23   about the defendant's steps after that first interview in

24   January with regard to his Facebook account and his phone.

25        **THE COURT:**  Yes.

1          **MR. GOLDSTEIN:**  Based on some representations from

2     counsel -- which I think he is better to address than I am,

3     we did determine that we don't think that the enhancement

4     applies.  But we do think that those steps were indicative

5     again of a lack of cooperation with the Government.  At that

6     point he had lied, and the Government was still trying at

7     that point to see if he would cooperate.  And the fact that

8     he deactivated his Facebook account which had these relevant

9     e-mails on it was indicative of him trying to basically make

10    things go away.  But we don't think it amounts to

11    obstruction.

12          **THE COURT:**  I mean, I can imagine a world in which

13    someone might do that, because now knowing what they know,

14    the last thing in the world they want is for someone to

15    reach out and contact them again from someone who may have

16    some relationship with the Russian government.  So that I'll

17    wait to hear from Mr. Breen about, but when I read that I

18    was wondering whether that meant --

19          **MR. GOLDSTEIN:**  I think that's about right, your

20    Honor.

21          **THE COURT:**  Okay.

22          **MR. GOLDSTEIN:**  And just to sum up where our

23    position is, given the nature of the offense and the

24    conduct, and what it took to eventually get around to an

25    assemblance of the truth from the defendant, we believe that

1      if you look at the principles of sentencing set forth in

2      section 3553(a), that all of them point to some sentence of

3      incarceration to reflect the seriousness of the offense,

4      promote respect for the law, to further both specific and

5      general deterrence.  And general deterrence here we believe

6      is particularly important.

7              And the sentence requested by the defense, which

8      is effectively no sentence at all and no prison time, would

9      send the exact wrong message.

10         **THE COURT:**  Does the Government have a position

11     with respect to the nature of that incarceration?  I know

12     you haven't taken a position as to whether it's anywhere

13     from a day to six months.

14             Does the Government have a position as to whether

15     it would be appropriate for the Court to impose a

16     probationary sentence that involved a halfway house or

17     something short of incarceration with the Federal Bureau of

18     Prisons?

19         **MR. GOLDSTEIN:**  I think to accomplish the

20     principles of sentencing here, a halfway house I think

21     probably does not get there in part -- and the defense tries

22     to address this in their memo.  But in the Van Der Zwaan

23     case where there was a 30-day sentence of imprisonment

24     imposed, that case is clearly different from this one in a

25     lot of different ways.  But just looking at the nature of

1    the lies that were told here and the effect on the

2    investigation as a result of those lies, that in many ways

3    this offense is more serious than that.

4           In that case, there were extenuating family

5    circumstances that all parties acknowledged.  The defendant

6    had family issues that he needed to attend to immediately.

7    So here, those circumstances don't exist.  A halfway house

8    sentence would not sort of get to where the sentence needs

9    to be.

10          **THE COURT:**  I did read the transcript from the

11   sentencing in that case in front of Judge Jackson, so I do

12   realize that I think there are distinguishing factors, some

13   of which may weigh on either side of the equation.

14          But since you bring that case up, the other

15   question that I've been pondering is the question of

16   sentencing disparity.  And that's obviously one potential

17   benchmark.  But I believe that over the past 10 years, there

18   have been seven cases in this district in which there was a

19   violation of section 1001, and the guidelines range was

20   four.  And I believe of those seven cases, that is the only

21   one where there was a term of imprisonment.  Now, obviously

22   I don't know exactly what happened in all of those cases.

23          Nationally, I believe that in just shy of

24   60 percent of the cases, the sentence is one of probation.

25   And so one of the things that I've been thinking about is

1      what about this case would distinguish it from those other

2      cases.  I don't know if that's anything you want to address.

3              **MR. GOLDSTEIN:**  It's hard in the abstract of

4      course.  I think as Judge Jackson explained in imposing

5      sentence in the Van Der Zwaan case, one distinguishing

6      feature that is common to both cases is when lies are told

7      and allowed to be -- allowed to persist, and particularly

8      here where they were allowed to persist for many, many

9      months in an investigation of clear national import where

10     the defendant knows and understands the importance of the

11     investigation, that that is a distinguishing factor that is

12     undoubtedly not present in the mine-run of cases that you're

13     talking about here.

14              **THE COURT:**  Okay.  Anything further that you

15     wanted to add?

16              **MR. GOLDSTEIN:**  Not now.

17              **THE COURT:**  Okay, thank you.

18              **MR. GOLDSTEIN:**  Thank you, Judge.

19              **THE COURT:**  Mr. Breen.

20              **MR. BREEN:**  Your Honor, if I could indulge the

21     Court and perhaps take just a little more time than the

22     Special Counsel did, because I think to understand this case

23     and to understand George Papadopoulos, we have to spend a

24     little more time on his background, who he is and the

25     timeline involved in this case.

1          **THE COURT:**  I would be delighted for you to do

2     that.

3          **MR. BREEN:**  And I do appreciate that, Judge.  Most

4     of what I have to say is contained in the memorandum, but

5     just for the sake of emphasis, I'd like to remind the Court

6     that George Papadopoulos pled guilty to this case; that he

7     is ashamed of what he did; and that he is remorseful for

8     what he did.

9          I want to respond to the Government's claim that

10    Mr. Papadopoulos actually hindered this investigation.  I of

11    course was not the investigator, I don't know whether or not

12    he specifically hindered anything.  I do know that what he

13    was doing certainly had the possibility or the ability to

14    hinder the investigation.

15         And I'm going off script here for just a moment,

16    but it's a strange off script.  I and Rob Stanley dealt with

17    the special prosecutors on many, many occasions.  We found

18    them -- and believe me, Judge, I'm not saying this to be

19    solicitous, I'm saying it to respond to the begrudging

20    nature of the interviews.  They were professional.  They

21    were well-prepared.  Their questions were long.  They were

22    fair.

23         They had, we believe, certain documents that could

24    have been shown to George at an earlier point in time which

25    might have saved some time.  But to their credit, they

1   didn't do that.  And I have -- I was a prosecutor at one

2   time, and I also did some special investigations.  These

3   folks were extremely careful not to give hints to a

4   potential witness.  And because of that method of

5   interrogation, the information I think they received in the

6   end is gold because nobody has attempted to influence a

7   potential witness at all.

8        So yes, he was apparently begrudging, but he was

9   having a hard time on the square with certain dates and

10  certain things that occurred in certain places which all

11  became rather crystal clear once e-mails, text messages and

12  other things were revealed to him following I believe search

13  warrants and him being allowed to check his own e-mails.  So

14  that's a compliment to them, but I also -- I think, Judge,

15  it explains a little bit about the difficulty in gathering

16  information from our client.

17       **THE COURT:**  It does, but what it doesn't explain

18  is, you know, I can imagine a circumstance in which as you

19  portray it somebody is caught off guard, and they exercise

20  very bad judgment and they lie to the FBI about an important

21  matter.  But many people, if that happened, would go home

22  and their conscience would eat at them and they'd say, "You

23  know, I really made a big mistake."  And they would say,

24  "I've got to correct that mistake."

25       And I don't know what the Government would have

1    done, but I suspect had he come back in a few weeks later

2    and said, "You know, I feel terrible about this.  I was

3    caught off guard, and I need to clarify what I said to you."

4    I suspect we probably wouldn't have seen a prosecution had

5    he done that.  He had plenty of opportunity to come back and

6    say, "I made a mistake," after he had contemplated it, and

7    he didn't do that.

8            **MR. BREEN:**  That's correct, Judge, and we have to

9    live with that prolonged mistake that he made.  And we

10   appreciate that, and I think he appreciates it also.

11           **THE COURT:**  Since I've already interrupted you and

12   I don't want to stop your flow too often, let me ask you a

13   second question at this point which is I did notice in your

14   papers you made a point similar to something that I think

15   you just opened with a moment ago.  You said in the papers

16   that Mr. Papadopoulos does not believe that his false

17   statements actually harmed the investigation as alleged.

18   And I think this was responding to the Government's

19   allegations with respect to the Professor and their

20   inability to interview the Professor.

21           **MR. BREEN:**  Right.

22           **THE COURT:**  And you made a similar point now about

23   where you don't really know whether it interfered with the

24   investigation or not.  But the statement of offense that

25   Mr. Papadopoulos signed and gave sworn testimony to does say

1    that he impeded the FBI's ongoing investigation regarding

2    the existence of any link or coordination between

3    individuals associated with the campaign and the Russian

4    government's efforts to interfere with the 2016 presidential

5    election.

6            So for purposes of sentencing, do I accept the

7    proposition that he in fact did interfere in the

8    investigation?  And if the answer to that is I shouldn't,

9    then I'm wondering about the plea.

10           **MR. BREEN:**  No, Judge, because we are accepting

11   representations by the special prosecutor.  We are accepting

12   representations that he could -- that he makes which is that

13   if this matter were to go to trial, we'd be able to prove

14   that.  So we do admit to those facts.  We admit to the fact

15   that if this case were to go to trial, they would be able to

16   prove that very language.

17           **THE COURT:**  Okay, thank you.

18           **MR. BREEN:**  And I say what I said, Judge, not to

19   argue or nit-pick, I just think it's a further mitigating

20   factor.

21           Judge, I want you to know something more about

22   George Papadopoulos and how he ended up making this stupid

23   mistake.  He was always interested in international affairs

24   and international politics.  He went to DePaul University in

25   Chicago, our hometown.  Following that, he went to a college

1    in London where he received certain degrees.  He always had

2    an interest in foreign affairs and things like that.  He

3    interned at Hudson Institute which I don't know much about,

4    I Google it like others.  He worked there for a while

5    without pay.  He later became a paid employee.  And he

6    concentrated on an area of energy policies, specifically for

7    Cyprus, Israel, Egypt and Greece.  And this is his area of

8    alleged expertise.

9        In 2015, he wants to get into politics.  He wants

10   to pick a candidate.  The candidate he chooses to work for

11   is the now President of the United States, Donald Trump.

12   For whatever reasons, Donald Trump's campaign did not pick

13   him up as a paid or a volunteer campaigner, but Dr. Ben

14   Carson picked him up.  He worked for Ben Carson for several

15   weeks or months, and when Carson's campaign began to dribble

16   down in March I think it was of 2015, George ended up going

17   back to the Trump organization and being approved by a

18   higher up in the campaign to work for the Trump campaign.

19       And here's where things -- well, actually things

20   get interesting just about every place in this case.  He

21   gets -- he has an interview I believe it is in early March

22   of 2016 by a chief of the Trump campaign.  By March 21st,

23   the then candidate Trump comes up with a national security

24   committee or national security adviser group, and George

25   Papadopoulos' name is on that group.  They later meet on

1    March 31st.

2             George Papadopoulos is absolutely delighted.  The

3    man he wanted to work for has now not only accepted him to

4    work on the campaign, but has appointed him to this advisory

5    national security committee.

6             On March 24th, how this occurs we don't know, but

7    he crosses paths with this Professor Mifsud and explains to

8    him that he's going to be working on the Trump campaign.

9    Mifsud starts -- I'm going to use the word, working George

10   at that very moment, and starts telling George about his

11   connections with Russia.  On March 31st, there is a meeting

12   here in this town I believe where the Trump national

13   security group meets.  There's a photograph of it.  George

14   seems to be circled in every photograph I see in the

15   newspaper.  There's Jeff Sessions, Senator Jeff Sessions,

16   Donald Trump and all sorts of other higher ups in the

17   political world.

18            George is now all of a sudden, at a young age,

19   hanging in the room with the big guys.  He is delighted.  He

20   never thought he would be in that room.  It is national and

21   international news, and the photo goes out on March 31st.

22            Now, what happens?  He goes back and he now has,

23   as I refer to it, as this unbridled loyalty to Trump.  And

24   he crosses paths again with this guy Mifsud, and then

25   crosses paths with him again over breakfast.

1              Now, the second meeting he has with Mifsud, I

2       believe that's where Mifsud introduces him to Olga who's a

3       Russian national who is related to President Putin.  What is

4       going through George's mind at this moment is what he heard

5       back March 31st at the national security meeting which is

6       that the campaign is going to focus on improved

7       relationships with Russia and the United States.  George

8       even volunteered at that meeting that, "I may have some

9       connections," mentioning Mifsud.  He says it in front of

10      everybody.

11             There's an acknowledgement by then candidate

12      Trump.  There's a nod or a gesture of approval by then

13      Senator Jeff Sessions.  He now knows he may not be used for

14      oil or gas energy, he's going to work these connections.  He

15      doesn't know that he's being worked by a pro, and he was

16      being worked by a pro in my humble opinion.

17             So what happens?  Mifsud, for whatever reasons,

18      decides to lay some information on George Papadopoulos who

19      is part of the security committee.  And Mifsud tells George

20      Papadopoulos, "You know, I just came back from Russia.  And

21      I've got a lot of contacts in Russia.  And you met Olga, the

22      niece of Putin, and all that.  I'm the guy.  And Russia is

23      telling us that they've got dirt on candidate Hillary

24      Clinton in the form of thousands of e-mails."

25             Now, one might think because of where the

1   investigation is today that that would be the biggest news

2   in George's mind, but wasn't the biggest thing in his mind

3   at that time.  What was important is that he ran into a guy

4   who has Russian connections who can help George get what

5   Trump and others seem to want which is a meeting between

6   Russia and U.S. officials or Putin and Trump or something

7   like that.  And he begins to work that part of it.

8            He sends e-mails back to the campaign, back to the

9   Trump campaign, about what he is doing.  He thinks he is

10  furthering the interests of the fella that he wants to be

11  president.  No offense, but he was unsophisticated, he was

12  naive and he was a fool.

13           And give me a minute, Judge.  I'm probably the

14  oldest guy in this courtroom.  But if I were dealing with a

15  Russian agent or somebody who's talking on behalf of Russia,

16  what goes back into my mind is panic.  It's attending a

17  Catholic grammar school outside of Chicago where nuns had us

18  hiding under desks for a nuclear attack.  That's what

19  Russian government means to a guy like me.  Some may be old

20  enough to remember the Russian government was putting

21  nuclear missiles in Cuba, but the younger people don't

22  remember that.  And if they haven't read up on it, the

23  danger of dealing with Russia is not that obvious.

24           But in any event, your Honor, he had this

25  information.  He does not know if he passed it on to anybody

1    in the Trump campaign.  He can guess, but he doesn't know

2    who it was.  So he didn't want to name any specific person

3    because he's not sure he did.  But what he did do was work

4    again and again through e-mails, Skype apparently and text

5    messages trying to get Russian officials to meet with U.S.

6    officials.  And that was going back to the Trump campaign.

7              Now, on January 27th -- and Judge, I know I'm

8    probably boring you.

9              **THE COURT:**  No, you're not.

10             **MR. BREEN:**  But the timeline is so important in

11   this case, and I think you'll appreciate the point I'm going

12   to make.  On January 27th, he's in the shower when there's

13   apparently a knock on the door.  He wouldn't be here today

14   if he had stayed in the shower, but he didn't.  He came down

15   to greet the agents at the door.  They gave him some time to

16   think about coming in and talking.

17             He got dressed.  The agents drove him in to the

18   FBI -- I call it the headquarters, but it could be a field

19   office, on Roosevelt Road in Chicago and they interview him.

20   And that's the history and that's the charge that we're

21   looking at right now.  And I think we summarized it pretty

22   well in our memorandum.

23             On January 27th, he had -- stupidly he had the

24   opportunity not to talk.  He didn't take that opportunity.

25   The agents are gifted, talented in their interrogation

1    methods.   There was nothing illegal about the interrogation.

2    His interview was free and voluntary.   And he hedged and

3    balked, and he committed a crime.   That's what he did.   And

4    he's accused of lying to the agents that would hinder an

5    investigation, a very serious investigation, regarding

6    national security.   I understand where they're coming from.

7              But I say, Judge, it was not his intent to hinder

8    an investigation regarding national security.   He wasn't

9    anti United States.   He's a good patriot.   He's not anti

10   FBI, he's pro FBI.   He made a strategic decision to attempt

11   to keep his name in the hopper for a position with the Trump

12   administration.

13             Now here's why, Judge, I say the timeline -- and I

14   could go through it date by date, but I'm not going to do it

15   because I think you've probably picked up on most of the

16   important dates.   January 27th, 2017 he's being interviewed

17   by the FBI.

18             **THE COURT:**   2016.

19             **MR. BREEN:**   2016, I'm sorry.   The primary was in

20   full swing earlier in 2015.   Donald Trump is the candidate

21   of the Republican party.   Hillary Clinton is the Democratic

22   candidate.   He is a Trump fan, he is working for the Trump

23   organization --

24             **THE COURT:**   I'm sorry, it was 2017.   I threw you

25   off I guess.

1      **MR. BREEN:**  That's all right, Judge.  When I took

2   my notes, I had to correct '16 and '17 quite often.  But in

3   any event, there was public information in at least October,

4   if not earlier, regarding a Russian meddling operation of

5   some sort.

6           On November 8th, 2016, Trump is elected President

7   of the United States.  Here's why the timeline is important.

8   On January 20th, 2017, Trump begins his fake news campaign,

9   witch-hunt campaign.  Now, I say January 20th.  It probably

10  occurred earlier than that, but I was able to verify that on

11  January 20th, the President of the United States, the

12  Commander-in-Chief, he told the world that this was fake

13  news and a witch-hunt.  Seven days later he's brought in for

14  the interview.  The President of the United States hindered

15  this investigation more than George Papadopoulos ever could.

16          **THE COURT:**  Let me just say you're welcome to make

17  whatever arguments you want today.  My focus is very much

18  today on Mr. Papadopoulos and what happened with respect to

19  Mr. Papadopoulos.

20          **MR. BREEN:**  And I appreciate that, your Honor, but

21  my point is this:  The guy he worked for, who he wanted to

22  see President of the United States, is telling everybody

23  that the investigation these fellas talked to him about is

24  fake.  And that's the mindset going in there.

25          And again, Judge, he made stupid, stupid mistakes.

1    His motives for lying or hedging -- you know, I guess I

2    shouldn't say hedging, for lying to the FBI had to do with

3    loyalty to a candidate and loyalty and concern for his

4    future with the Trump administration.  That's what it was

5    all about.

6          When Rob Stanley and I and Todd Pugh got involved

7    in this case, it was after that day of January 27th.  I

8    remember quite well the interview in our office in February

9    of 2017.  We were present.  I don't know if that's an

10   aggravating factor or not, but he certainly did not at that

11   point in time come forward and straighten out any mistakes

12   that he had made on January 27th.  He did get arrested in

13   July of 2017.  He did attempt to cooperate.

14         Was he a know-all of the intricate details and the

15   people involved?  No.  He had a limited amount of

16   information.  He attempted to give that information to the

17   special prosecutor.  He consented to searches for his

18   electronic devices.  He reviewed a journal with some notes

19   in it that he had kept.  He identified e-mails and explained

20   his interactions with specific people such as Mifsud, Olga,

21   Ivan Timofeev -- and that's T-I-M-O-F-E-E-V, and a Sergei

22   Millian.  He spoke of interactions.  He had meetings with

23   members of the campaign.  He detailed a meeting in May of

24   2016 where he revealed to the Greek foreign minister that

25   the Russians had dirt on Hillary Clinton.

1          He told the prosecutors and the agents the details

2     of the March 31st national security meeting in Washington,

3     D.C.   And he agreed to three extensions for sentencing so

4     that the investigation would not have to be sidelined to

5     spend time on this sentencing matter and not need to reveal

6     things in public.   And he was anxious to be sentenced,

7     because this has upset his life considerably.

8          You mentioned, Judge, the Facebook account.   As I

9     understand it and I remember it, people had been getting

10    ahold of him through Facebook because he had a big presence

11    on Facebook.   His father told him, "Get rid of that Facebook

12    account.   I don't want these people contacting you."   I

13    can't tell you that we advised him to get rid of it.   I can

14    tell you we certainly thought it was a good idea to get rid

15    of the Facebook account.   That was not to obstruct an

16    investigation.

17         Rob Stanley, who's much more technical than I,

18    knows full well that those Facebook things are -- you can

19    get them in the cloud or wherever they hang out or whatever.

20    He wasn't destroying the information that was on the

21    Facebook account.

22         **THE COURT:**   I do not intend to rely on the taking

23    down of the Facebook page as in any way an aggravating

24    factor here.

25         **MR. BREEN:**   You know, I've been doing this a long,

1   long time and I've never -- maybe this is just a war story I

2   want to tell you, but maybe it's of interest.   When Rob and

3   I went into the FBI headquarters in Chicago -- or their

4   field office, with George for him to be interviewed and

5   maybe to meet these fellas for the first time, these fellas,

6   we were in the waiting room and Rob taps me on the shoulder

7   and points.   And up there in the FBI waiting room, the

8   lobby, is a photograph of the President of the United

9   States, Donald Trump, and the Attorney General of the United

10  States, Jeff Sessions.   And we were going in there to

11  cooperate potentially, potentially -- and I'm not casting

12  aspersions, potentially against those two individuals.

13          This is an unusual case.   It really is.   And

14  George Papadopoulos has taken the lashings again and again

15  of public opinion.   You probably don't follow it, but he

16  does.   I do occasionally.   It doesn't make any difference,

17  Democrat, Republican or whatever, he gets beat up all the

18  time.   They've called him a traitor which he's not.   They've

19  called him a snitch which he's not.   They call him

20  everything.

21          So why did we ask for probation terminated

22  instanter?   Well, Judge, he's taken his pounding.   He's

23  lived up to the conditions of his bond.   He has been in this

24  precarious position for over 18 months.   There's no purpose

25  in incarcerating him that I can see.   The message here isn't

1    deterrent, let's lock him up.  The message is for all of us

2    to check our loyalty, to tell the truth, to help the good

3    guys even if you have to pay a price for that.  He

4    understands that message now, Judge.  We all do.  That's why

5    we asked for probation terminated instanter or why the Court

6    could consider one day consider served, because he has been

7    punished.  I don't know what his life is going to be like

8    after this.  He certainly won't be being put on any high

9    ranking committees.

10            So that's it, Judge.  Thanks.

11           **THE COURT:**  Thank you.  Mr. Papadopoulos, you have

12   a right to make a statement or to present any information

13   that you'd like to to the Court.  Would you like to be

14   heard, Mr. Papadopoulos?

15           **THE DEFENDANT:**  I would, your Honor.

16           **THE COURT:**  Okay, please.

17           **THE DEFENDANT:**  Your Honor, in January 2017, I

18   made a terrible mistake for which I have paid dearly, and I

19   am terribly ashamed.  My parents, who are in this courtroom

20   today, raised me with the principles of honesty and respect

21   for the law.  When I lied to the FBI, I cast aside those

22   principles and compromised the person who I am.

23           Please understand that when I told those lies, my

24   life was in a whirlwind.  I had just left a presidential

25   inauguration and all the festivities that were involved with

1    it.  I was surrounded by important people and the promise of

2    brilliant opportunities.  I was young and ambitious and

3    wanted to serve my country at the highest levels.  I was

4    excited to be part of something that I sincerely believed

5    in.

6              When the FBI came to my home, I knew that there

7    was an incipient investigation into Russian efforts to

8    interfere in the 2016 presidential election.  I wanted to do

9    my best to help this investigation while simultaneously

10   creating distance between the issue, myself and the next

11   President of the United States.  I understand now that in

12   trying to do this, I was not honest and I might have

13   hindered the investigation.

14             My interrogation covered a myriad of topics

15   regarding my interactions with Sergei Millian; whether

16   Israeli officials were cultivating me as a spy; the dossier;

17   my knowledge of any potential campaign collusion; and of

18   course the now infamous Professor Joseph Mifsud.  While I

19   told the FBI that Joseph Mifsud informed me that the

20   Russians have thousands of Hillary Clinton's e-mails, I hid

21   many aspects of my relationship with Joseph Mifsud.  That

22   was wrong, it was a crime.

23             I consider myself a patriotic American who in no

24   way would ever hurt his country.  Serving in the United

25   States with pride is all I ever wanted to do.  In hindsight,

1   lying to federal agents about such a critical issue could

2   have harmed our nation, and for that I am deeply embarrassed

3   and personally ashamed.

4          Since my name was released publicly, my entire

5   life has been turned upside down.  Friends stopped returning

6   my phone calls.  People point and snicker, and I have been

7   terribly depressed.  I am most saddened by the stress of my

8   actions and the public shaming have visited on my loving

9   family and my wife.  It will take me a lifetime to repay

10  them for their support.

11         While many may think that I deserve it, I hope --

12  that I do not deserve it, I hope to have a second chance to

13  redeem myself.  I made a dreadful mistake, but I'm a good

14  man who is eager for redemption.  I also hope that me

15  standing here in front of the Court and you, your Honor, and

16  the public today signals to all future and current witnesses

17  in this investigation that this investigation has global

18  implications and that the truth matters.

19         I'm grateful for the opportunity I was given to

20  assist in this investigation.  I was young and naive, but

21  I've done my best to atone for my mistakes.  I have nothing

22  but respect for the Court and the legal process, and I am

23  ready to accept my sentence.  Thank you, your Honor.

24         **THE COURT:**  Thank you.  Mr. Breen, anything

25  further that the defense wants to argue or present?

1          **MR. BREEN:**  No, your Honor.  Thank you.

2          **THE COURT:**  Mr. Goldstein, anything further from

3    the Government?

4          **MR. GOLDSTEIN:**  I just wanted to make the record

5    clear, your Honor, that there were some factual

6    characterizations that defense counsel -- esteemed defense

7    counsel made that we would disagree with.  But we don't

8    think that they're relevant for your Honor's determination,

9    so I don't think we need to get into that.

10          **THE COURT:**  Okay, thank you.  I think what I'm

11   going to do is take a break for just a few minutes, because

12   I do want to think about this.  I will be back in less than

13   15 minutes I suspect and will be able to give you my

14   decision then.

15          (Off the record at 4:05 p.m.)

16          (Back on the record at 4:17 p.m.)

17          **THE COURT:**  Thank you all for your presentations,

18   they've been very helpful to me.  I have to say I think you

19   can ask any judge, and the judge will tell you the hardest

20   thing that we do is imposing sentence.  And this is not a

21   case in which the Government is before the Court asking for

22   decades of incarceration or anything like that, but I

23   recognize that any criminal case -- and this case like any

24   other criminal case, the consequences and implications of

25   what the Court does is of enormous importance to the

1    defendant in the case and of enormous importance to the

2    public.  And so I struggle, and I've struggled over this

3    case a great deal as I often struggle in imposing sentence.

4            I've assessed the particular facts of the case in

5    light of the section 3553(a) factors, including the

6    sentencing guidelines.  I want to provide remarks,

7    Mr. Papadopoulos, for you about my thinking about the

8    sentence as well as for the record and for the public.

9            The first consideration that the Court has to

10   think about is the nature of the offense.  And I think that

11   there's for the most part agreement in this room that this

12   was a serious offense.  Mr. Papadopoulos was aware that the

13   FBI was investigating efforts by the Russian government to

14   interfere in the 2016 elections.  And he was aware that they

15   were investigating whether anyone related to the campaign

16   was involved in that effort to interfere in our democracy.

17   He was aware of it because the FBI told him that's what they

18   were investigating.

19           Although it occurred over the course of a single

20   interview, Mr. Papadopoulos repeatedly lied to the FBI about

21   important facts relating to that investigation.  He's

22   acknowledged that through his false statements and omissions

23   he impeded the FBI's investigation into the existence of any

24   links or connections between individuals associated with the

25   Trump campaign and the Russian government's efforts to

1    interfere in the 2016 presidential elections.  That's a

2    matter of enormous importance.

3         The defense takes issue with the Government's

4    contention that Mr. Papadopoulos intended that his false

5    statements from the investigation -- I'm not sure whether

6    the Government argues that or not actually, but the defense

7    does says that his motives were not sinister motives.  And

8    according to the defendant's sentencing memorandum -- and

9    I'm quoting from that, "Mr. Papadopoulos misled

10   investigators to save his professional aspirations and to

11   preserve a perhaps misguided loyalty to his master."

12        I don't have any reason to believe and I don't

13   think there's any reason in the record to conclude that

14   Mr. Papadopoulos had any desire to aid Russia in any way, to

15   do anything that was contrary to the national interest.  But

16   his motive was not the best motive that one can imagine in

17   these circumstances.  This was not a noble lie.

18        By Mr. Papadopoulos' own account, he lied to the

19   FBI in the course of an important investigation, an

20   investigation that was important to the nation.  And he lied

21   because he hoped that it would make it easier for him to get

22   a high ranking job in government.  In his own words, he lied

23   out of a misguided loyalty to his master.  Those are not

24   noble reasons to tell a lie.  And at some level, it

25   constitutes a calculated exercise of self-interest over the

1    national interest.

2           Mr. Papadopoulos and his counsel suggest to the

3    Court that he was caught off guard, and that he lied because

4    he was caught off guard.  But this was fairly calculated to

5    say to himself, "If I answer these questions, it may not

6    reflect favorably on the President.  It may not reflect

7    favorably on his campaign.  And they might take it out on

8    me, and I may not be able to get that job that I was hoping

9    to get in the Government."  And that is a circumstance, even

10   if one puts aside the criminality of it, that does not

11   reflect good character.  It is a matter of saying I'm

12   willing to promote my own interests in getting a job perhaps

13   as a deputy assistant secretary in the Department of Energy

14   over the interests of the nation and protecting the

15   institutions that we value so much, of preventing a foreign

16   nation from harming the United States.

17          So while I don't for a moment believe that

18   Mr. Papadopoulos was seeking to assist the Russian

19   government in any way, he was seeking to assist himself in a

20   way that placed his own personal ambition above the

21   interests of the United States.

22          I also think it's relevant that Mr. Papadopoulos,

23   even if caught off guard when he lied, had the opportunity

24   to correct things.  He went back in for a further set of

25   interviews.  He could have gone into those interviews and

1    said to the FBI at that point in time -- having had the time

2    to go home and ponder it and say, "I made a mistake," he

3    could have gone in and said, "I made a mistake.  I told you

4    something, I was caught off guard and on further reflection

5    I need to clarify."  I don't know what would have happened

6    under those circumstances, but my suspicion is there

7    probably wouldn't even have been criminal charges that would

8    have been brought had that occurred.

9         It took six months before Mr. Papadopoulos

10   corrected the record, and then when he did correct the

11   record, as I understand the facts, he did so in the face of

12   proof that he had lied.  And it's one thing where the

13   Government isn't on to you to come back and say, "You know,

14   I'm feeling sick about what I did here and I need to correct

15   something."  It's another thing when you're confronted with

16   your lies then to say, "Yes, I didn't tell the truth."  So

17   for all of those reasons, the Court does think that this is

18   a very serious matter.

19        And with respect to the question that I had posed

20   earlier about how this -- to Mr. Goldstein about how this

21   case does compare to other cases brought under 18 U.S.C.

22   section 1001, certainly this aspect of it to my mind weighs

23   in favor of concluding that this is more serious,

24   significantly more serious than perhaps the typical

25   violation of 1001.

1          Turning to the characteristics of the defendant

2     which I'm also required to consider, I do credit the fact

3     that Mr. Papadopoulos was in his late 20s at the time this

4     happened.  He had only held a couple of jobs.  I certainly

5     have had people in my court considerably younger than

6     Mr. Papadopoulos who have been facing considerably more dire

7     consequences in which their age is not a substantial

8     mitigating factor.  But I do understand that there perhaps

9     was -- that an older and wiser Mr. Papadopoulos hopefully

10    would not have done what happened here.

11         There's not a whole lot by way of mitigation as

12    well though as Mr. Goldstein indicated.  This is not a case

13    in which Mr. Papadopoulos came from particularly difficult

14    circumstances.  It was a case in fact where in some sense he

15    was riding very high at the time this had happened.  As

16    Mr. Papadopoulos said to me himself, he had just come from

17    the inauguration of the President of the United States.  He

18    was hoping to get a high level job in the government.  He's

19    somebody who holds an advanced degree.  So he's had a lot of

20    advantages in life.

21         The defense has noted a couple of times that

22    Mr. Papadopoulos was out of his depth in dealing with

23    Russian policy, and I accept that and I don't doubt that

24    that is true.  But there's a great difference between being

25    out of one's depth in dealing with the Russian government

1    and being out of one's depth in dealing with the FBI.  And I

2    don't think I have any reason to think that Mr. Papadopoulos

3    was not well equipped in any way to be honest and straight

4    forward with the FBI.  There's no reason to think the FBI

5    bamboozled him in any way.  And quite to the contrary, the

6    FBI was up front about the fact that he was there

7    voluntarily.  They were up front about the fact that all

8    they expected from him was the truth.  And they were up

9    front with him about the fact that if he didn't tell the

10   truth, there could be consequences for that.

11          With respect to Mr. Papadopoulos' assistance, I

12   provide some credit to that.  This was not a case where

13   there was substantial assistance.  But it's also not a case

14   in which Mr. Papadopoulos didn't make any effort at all to

15   assist.  I mean, he did meet with the Government on four

16   occasions.  Some of those interviews may have involved the

17   Government showing him materials in which he, when faced

18   with those materials, told them what happened.  Some of it

19   may be things that he was offering on his own where he was

20   volunteering things.  And I do credit the fact that he did

21   offer some assistance.

22          I also credit the fact that Mr. Papadopoulos has

23   taken responsibility for his actions, both by pleading

24   guilty, but quite frankly by what he just said to me a few

25   moments ago.  And I want to come back to that in a few

1    minutes.

2              The Court has to consider as well the need for the

3    sentence.  I don't believe that this is a case in which

4    there is any need for specific deterrence.  I don't think

5    this is a case in which there is a need to punish

6    Mr. Papadopoulos to make sure that he doesn't engage in

7    similar conduct in the future.  I am persuaded by his

8    assertion and his counsel's assertion quite frankly that the

9    collateral consequences of all of this have been perhaps

10   close to unbearable.  I recognize that.

11             I do think, though, this is a case in which

12   general deterrence is of great significance.  And I think

13   that it's important that the public know that there are real

14   consequences when you appear before the FBI, you're there

15   voluntarily, you're told all we expect of you is to tell the

16   truth.  And then you mislead and tell lies to the FBI about

17   a matter of grave national importance.  And I think that

18   that's something that weighs heavily in my mind in thinking

19   about this case.

20             I do need to think about Mr. Papadopoulos as an

21   individual, and I think that both Mr. Papadopoulos and

22   Mr. Breen have done a nice job of conveying that to me and

23   letting me know who he is as an individual.  But I do also

24   have to think about the broader public ramifications and the

25   message that whatever I do sends to the public about lying

1    to the FBI under any circumstances, but particularly under

2    circumstances like those present here.

3            I'm also required to consider the types of

4    sentences available.  The guidelines range is between zero

5    and six months of incarceration.  The guidelines also

6    recommend a fine between $500 and $9,500.  The Government

7    seeks a period of incarceration within the guidelines range,

8    but doesn't take a position with respect to how long that

9    period should be.  And they also seek the $9,500 fine.

10           Defense counsel has requested the Court impose a

11   sentence of probation terminated instanter.  And as I

12   mentioned, the Probation Office has suggest a period of 30

13   days imprisonment, no fine and a period of community

14   service.

15           I've also considered the sentences imposed in

16   other cases.  You know, I do think that the Van Der Zwaan

17   case is an important benchmark.  I also, though, frankly was

18   a little bit surprised when I got the statistics from the

19   Sentencing Commission and saw that in almost 60 percent of

20   the cases that were at least similar to this case in

21   numbers -- and I don't think necessarily in quality, but at

22   least in numbers, I was surprised to see that in almost

23   60 percent of those cases there was a sentence of probation.

24           I think that there are differences between this

25   case and the Van Der Zwaan case.  I think frankly some of it

1    weighs in both directions on this.  Mr. Van Der Zwaan was a

2    lawyer.  In some sense, one might say a lawyer is the last

3    person you would expect should be lying to the Government,

4    to the FBI, and that they know the consequences of it and he

5    was represented by counsel.  On the other hand, you might

6    say and because he's a lawyer, he's likely to suffer even

7    graver professional consequences perhaps than

8    Mr. Papadopoulos would suffer.

9              I understand that there are differences about

10   exactly when the defendants in the two cases came clean,

11   although I think that the cases actually are not terribly

12   dissimilar in that context in that it was through a process

13   of confrontation by the Government with the evidence that

14   they did so.

15             To my mind, though, there is one factor that does

16   distinguish this case from the Van Der Zwaan case -- well,

17   let me back up for a second.  I think there really are two

18   factors.  I do think that Mr. Goldstein is right in that the

19   nature of the information that was at issue here was

20   something that was so clearly and directly tied to the

21   national interest that it makes this case one that in some

22   sense is graver.

23             On the other hand, I did read the transcript of

24   what happened in front of Judge Jackson.  One of the things

25   that she remarked about was that she did not see from

1    Mr. Van Der Zwaan any genuine reflection of remorse.  And as

2    a judge, you know, I can hear what you have to say and I can

3    only guess as to how genuine the remorse is and how well

4    rehearsed it may be beforehand and with counsel.

5            As I heard what Mr. Papadopoulos said to me, I do

6    credit the sense that he actually does feel remorse.  And

7    remorse not simply at getting caught, not simply being in

8    the awful situation that he's in today, but remorse in

9    letting his family down; letting himself down; letting

10   himself get caught up in a way in which -- undoubtedly he

11   was attracted to public policy and politics in the first

12   place because he cared about his country.  But got so caught

13   up in it that he actually did something that was not in the

14   interest of his country and was in his personal interest.

15   And I do credit what he said to me and that he was genuinely

16   remorseful about all of that, and that does affect my view.

17           So what I'm going to do is I'll now impose

18   sentence.  It is the judgment of the Court -- well, what I'm

19   going to do is I'm going to tell you what I'm going to do

20   and then I'll impose the sentence because I want to explain

21   a little bit further what I'm going to do.

22           I'm going to impose a sentence of 14 days of

23   incarceration, 12 months of supervised release, 200 hours of

24   community service and a fine of $9,500.  And I can tell you

25   that I actually -- I never make up my mind until I've heard

1   from everyone in a sentencing.  And if you asked me what I

2   was going to do walking in the door, if I had to tell you I

3   probably would have said to be consistent with the Van Der

4   Zwaan case and in light of the need to send a strong message

5   here, I would sentence you -- I was going to sentence you to

6   30 days of incarceration.  And the reason that I came down

7   from that to the 14 days was by what I perceived to be

8   Mr. Papadopoulos' genuine remorse about what he did.

9           But on the other hand, I don't feel as though as I

10  can go so far as to not impose a sentence of incarceration

11  at all here because of the gravity of the investigation, the

12  opportunity that Mr. Papadopoulos had to correct the record

13  and did not do so.  And the need to send a message to the

14  public that there are consequences when you lie to the FBI

15  about an investigation.

16          And there may be some people who feel as though 14

17  days incarceration is not a terribly onerous sentence.  I

18  suspect Mr. Papadopoulos is not one of those people, and

19  that just the process of having to go to prison will leave a

20  strong impression on him for the remainder of his life.  I

21  feel for him for that, but I do feel as though that's

22  something that I need to do in this case given the nature of

23  the case and the need to convey to the public that this type

24  of conduct is unacceptable.

25          And I would say the other aspect that I've

1    considered is comparing this case to other cases, and the

2    fact that oftentimes courts do impose probationary sentences

3    under similar circumstances.

4              So it is the judgment of the Court that you,

5    George Papadopoulos, are hereby committed to the custody of

6    the Bureau of Prisons for a term of 14 days on count one.

7    You're further sentenced to serve 12 months of supervised

8    release, and to pay a $100 special assessment.  You shall

9    also pay a fine of $9,500.  The special assessment and fine

10   are immediately payable to the Clerk of the Court for the

11   U.S. District Court for the District of Columbia.

12             Within 30 days of any change of address, you shall

13   notify the Clerk of the Court of the change until such time

14   as the financial obligation is paid in full.  Within 72

15   hours of release from custody, you shall report in person to

16   the Probation Office in the district to which you are

17   released.

18             While on supervision, you shall submit to

19   collection of DNA.  You shall not possess a firearm or other

20   dangerous weapon.  You shall not use or possess an illegal

21   controlled substance.  And you shall not commit another

22   federal, state or local crime.  You shall also abide by the

23   general conditions of supervision adopted by the U.S.

24   Probation Office as well as the following special

25   conditions.

1          You shall complete 200 hours of community service

2    within 11 months.  The Probation Office will supervise your

3    participation in the program by approving the program.  You

4    must also provide written verification of completed hours to

5    the Probation Officer.  The Probation Office shall release

6    the presentence investigation report to all appropriate

7    agencies in order to execute the sentence of the Court.

8          I oftentimes in sentencing will provide for a

9    reentry hearing where I actually invite the defendant in the

10   case to come back to court with counsel present or welcome

11   to be present to give me some feedback on their experience.

12   I have to say, I would actually find it valuable in this

13   case, Mr. Papadopoulos, to hear back from you about that.

14         But perhaps what I ought to do is give you a

15   moment to confer with your counsel about that, because I

16   don't think I would impose it.  But if you wanted to

17   actually come back at some point in time and talk to me

18   about the case and your experience -- and frankly to provide

19   me some feedback, I would welcome that.  But I don't think

20   I'm going to impose that as a requirement.

21         Why don't I give you a moment just to confer with

22   Mr. Breen to see what you think about doing that.

23         **MR. BREEN:**  Judge, he has no problem with that at

24   all.  I think it's a phenomenal idea for the whole system.

25         **THE COURT:**  Well, what I'm going to do then is I'm

1    going to provide that within 120 days of Mr. Papadopoulos'

2    release from incarceration, that he will appear before the

3    Court for a reentry progress hearing.  Before the hearing,

4    the U.S. Probation Officer will submit a report summarizing

5    Mr. Papadopoulos' status and compliance with release

6    conditions.

7              I suspect you may be supervised in a district

8    outside of the District of Columbia, is that right?

9              **MR. BREEN:**  It is, Judge.  We might as well go

10   through this right now if we may.

11             I assume he'll have a surrender date, correct?

12             **THE COURT:**  Well, what I'll do is -- I mean, I'm

13   not going to require that Mr. Papadopoulos surrender today.

14   I'll just simply have him surrender on the date and place

15   specified by the Bureau of Prisons as directed through the

16   Probation Office.

17             **MR. BREEN:**  Judge, he would like permission to

18   travel outside the northern district of Illinois and your

19   Honor's district, because he is seeking the possibility of

20   relocating to another city.

21             So I don't know how that -- all I know, if the

22   Court will give him permission to travel outside those two

23   districts --

24             **THE COURT:**  Are you suggesting before the

25   surrender date or after his period of incarceration?

1          **MR. BREEN:**  After today, between now and the

2    surrender date.  The surrender dates back home are usually

3    like 50 or 60 days away.  I have no idea what your Honor

4    does.

5          **THE COURT:**  It's up to the Bureau of Prisons.  I

6    think that sounds about right to me, but that would be up to

7    the Bureau of Prisons.  I personally don't have any

8    objection to that.  I take it that you might prefer not to

9    put on the record right now necessarily where he might be

10   relocating.  But what I will do is -- why don't I just

11   simply leave that up to your discussions with -- is it

12   Pretrial Services at this point or is it the Probation

13   Office that would be -- it's Pretrial Services.

14         So what I'll do is let you confer with Pretrial

15   Services about that.  And if I need to enter an order, you

16   can submit an order to the Court with respect to that.  And

17   you should confer with the Government about that as well.

18         **MR. BREEN:**  If I may, Judge, I'm sorry.

19         Judge, what the situation is is he wanted to go to

20   New York, the southern district, for maybe three or four or

21   five days, and then he'd like to relocate out to California.

22   He has no longer bonds to the city of Chicago other than his

23   parents who can visit him elsewhere.

24         **THE COURT:**  Does the Government object to

25   modifying the terms of his release pending incarceration on

1      those grounds?

2              **MR. GOLDSTEIN:**  We don't, your Honor.  We don't

3      want it to be nationwide release, so what I said to

4      Mr. Breen is that if it's a short visit to New York and then

5      he wants to relocate to Los Angeles, as long as that's

6      something that the Probation Office can accommodate, that we

7      wouldn't object.

8              **THE COURT:**  Let me suggest this:  Why don't you

9      confer both with Pretrial Services, with the Government.  If

10     you can come up with an agreed upon proposed order, you're

11     welcome to file that to the Court.  And if Mr. Papadopoulos'

12     personal privacy is involved, you can file something under

13     seal with the Court with respect to the particular location

14     where he might want to live or where he would be relocating.

15             **MR. BREEN:**  All right, Judge.

16             **THE COURT:**  So just completing my order with

17     respect to the reentry progress hearing.  If you're

18     supervised by a district outside of the Washington, D.C.

19     metropolitan area, the U.S. Probation Office in that

20     district will submit a progress report to the Court within

21     60 days of the commencement of supervision.

22             Pursuant to 18 U.S.C. section 3742, you have a

23     right to appeal the sentence imposed by the Court if the

24     period of imprisonment is longer than the statutory maximum

25     or the sentence departs upward from the applicable

1   sentencing guidelines range.  If you choose to appeal, you

2   must file an appeal within 14 days after the Court enters

3   judgment.

4            As defined in 28 U.S.C. section 2255, you also

5   have a right to challenge the conviction entered or sentence

6   imposed if new or currently unavailable information becomes

7   available to you or on a claim that you received ineffective

8   assistance of counsel in entering a plea of guilty to the

9   offense of conviction or in connection with sentencing.  If

10  you're unable to afford the cost of an appeal, you may

11  request permission from the Court to file an appeal without

12  cost to you.

13           Under the D.C. Circuit's decision in the United

14  States versus Hunter, I'm required to inquire of the parties

15  whether there are any objections to the sentence imposed

16  that have not already been noted for the record.

17           Mr. Goldstein?

18           **MR. GOLDSTEIN:**  Not from the Government, your

19  Honor.

20               **THE COURT:**  Mr. Breen?

21           **MR. BREEN:**  No, your Honor.

22           **THE COURT:**  So just as parting words, let me just

23  say to Mr. Papadopoulos I know this case and the sentence is

24  painful to you.  I know you went from a sense that your

25  professional life was on the rise, and now I'm sure you're

1    wondering what comes next in your life.  But I was impressed

2    by your words to me where you said, "I'm a good man, I'm

3    eager for redemption, for a second chance."  And as

4    unpleasant as all of this has been, I hope you actually

5    think a little bit of your sentencing as the beginning of

6    that second chance; and that it's your opportunity to serve

7    your sentence, do your community service, put this behind

8    you and hopefully go on and live a life that's happy and

9    productive and in which you feel good about what you're

10   doing and what you're contributing.

11          The Court will allow you to self-surrender.  You

12   are released on the same conditions that were previously

13   applied subject to potential amendment along the lines that

14   Mr. Breen has raised, but I'll wait to see a proposed order

15   on that.  You shall surrender for service of sentence at the

16   institution designated by the Bureau of Prisons as notified

17   by the Probation Office.

18          Anything further from the Government today,

19   Mr. Goldstein?

20          **MR. GOLDSTEIN:**  No, your Honor.

21          **THE COURT:**  Mr. Breen, anything further?

22          **MR. BREEN:**  No, your Honor.  Thank you.

23          **THE COURT:**  We're all done, thank you.

24        (Proceedings adjourned at 4:48 p.m.)

25

# C E R T I F I C A T E

I, **Jeff M. Hook, CSR, RPR,** certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_September 7, 2018_
**DATE**

**Jeff M. Hook, CSR, RPR**

**$**

$100 [3]   8/20 9/19 48/8
$250,000 [1]   8/13
$500 [2]   8/13 44/6
$9,500 [6]   8/14 8/16 44/6
 44/9 46/24 48/9

**'**

'16 [1]   29/2
'17 [1]   29/2

**1**

10 [1]   17/17
100,000 [1]   11/20
1001 [6]   2/25 6/11 6/13
 17/19 40/22 40/25
11 [1]   49/2
12 [3]   9/17 46/23 48/7
120 [1]   50/1
1215 [1]   1/19
14 [5]   46/22 47/7 47/16
 48/6 53/2
15 [1]   36/13
17-182 [1]   2/2
18 [8]   2/25 4/5 6/10 8/2
 9/21 32/24 40/21 52/22
182 [1]   2/2
1:17-cr-00182-RDM [1]   1/4
1st [1]   4/9

**2**

200 [2]   46/23 49/1
20001 [1]   1/23
20004 [1]   1/15
2015 [3]   23/9 23/16 28/20
2016 [10]   12/16 22/4 23/22
 28/18 28/19 29/6 30/24
 34/8 37/14 38/1
2017 [6]   28/16 28/24 29/8
 30/9 30/13 33/17
2018 [2]   1/5 4/10
20s [1]   41/3
20th [3]   29/8 29/9 29/11
21st [1]   23/22
2255 [1]   53/4
24th [1]   24/6
27th [6]   27/7 27/12 27/23
 28/16 30/7 30/12
28 [1]   53/4

**3**

30 [4]   9/17 44/12 47/6
 48/12
30-day [1]   16/23
31st [5]   24/1 24/11 24/21
 25/5 31/2
333 [1]   1/22
3553 [4]   4/5 9/21 16/2
 37/5
3583 [1]   8/3
3742 [1]   52/22
3:11 [1]   1/6

**4**

4:05 p.m [1]   36/15
4:17 p.m [1]   36/16
4:48 p.m [1]   54/24

**5**

50 [1]   51/3

---

53 [1]   1/18

**6**

60 [2]   51/3 52/21
60 percent [3]   17/24 44/19
 44/23
60604 [1]   1/19
68 [2]   4/15 4/22

**7**

72 [1]   48/14

**8**

8th [1]   29/6

**9**

950 [1]   1/15

**A**

AARON [2]   1/13 2/8
abide [1]   48/22
ability [1]   19/13
able [7]   14/2 14/20 22/13
 22/15 29/10 36/13 39/8
about [58]
above [2]   39/20 55/5
above-entitled [1]   55/5
absolutely [1]   24/2
abstract [1]   18/3
accept [4]   5/23 22/6 35/23
 41/23
acceptance [1]   6/15
accepted [1]   24/3
accepting [2]   22/10 22/11
accommodate [1]   52/6
accomplish [1]   16/19
according [2]   8/20 38/8
account [8]   7/21 14/24
 15/8 31/8 31/12 31/15
 31/21 38/18
accounts [1]   11/16
accused [1]   28/4
acknowledge [1]   14/21
acknowledged [2]   17/5
 37/22
acknowledgement [1]   25/11
action [2]   1/3 2/2
actions [3]   11/21 35/8
 42/23
actual [1]   14/13
actually [14]   4/6 11/18
 19/10 21/17 23/19 38/6
 45/11 46/6 46/13 46/25
 49/9 49/12 49/17 54/4
add [2]   8/22 18/15
addition [1]   10/6
additional [1]   11/14
address [4]   15/2 16/22
 18/2 48/12
addressed [1]   13/24
adequate [1]   10/3
adjourned [1]   54/24
administration [3]   11/2
 28/12 30/4
admit [2]   22/14 22/14
adopted [1]   48/23
advance [1]   10/22
advanced [1]   41/19
advantages [2]   12/3 41/20
advised [1]   31/13
adviser [1]   23/24

---

advisory [2]   6/4 24/4
affairs [2]   22/23 23/2
affect [1]   46/16
afford [2]   10/2 53/10
after [9]   12/7 12/8 14/23
 21/6 30/7 33/8 50/25 51/1
 53/2
afternoon [5]   2/11 2/12
 2/17 2/18 2/22
again [11]   10/22 10/22
 15/5 15/15 24/24 24/25
 27/4 27/4 29/25 32/14
 32/14
against [1]   32/12
age [2]   24/18 41/7
agencies [1]   49/7
agent [2]   2/10 26/15
agents [8]   10/18 10/21
 27/15 27/17 27/25 28/4
 31/1 35/1
aggravating [2]   30/10
 31/23
ago [2]   21/15 42/25
agree [1]   6/12
agreed [6]   6/25 7/1 8/15
 9/7 31/3 52/10
agreement [4]   6/24 6/25
 9/7 37/11
ahold [1]   31/10
aid [1]   38/14
aided [1]   1/25
all [39]   2/11 2/17 2/22
 7/11 7/17 11/21 13/17 16/2
 16/8 17/5 17/22 20/7 20/10
 24/16 24/18 25/22 29/1
 30/5 30/14 32/17 33/1 33/4
 33/25 34/25 35/16 36/17
 40/17 42/7 42/14 43/9
 43/15 46/16 47/11 49/6
 49/24 50/21 52/15 54/4
 54/23
allegations [1]   21/19
alleged [2]   21/17 23/8
allow [1]   54/11
allowed [6]   5/6 5/7 18/7
 18/7 18/8 20/13
almost [2]   44/19 44/22
along [3]   2/13 4/7 54/13
already [3]   6/21 21/11
 53/16
also [26]   2/8 8/3 8/19 9/4
 10/2 12/1 13/13 14/19 20/2
 20/14 21/10 35/14 39/22
 41/2 42/13 42/22 43/23
 44/3 44/5 44/9 44/15 44/17
 48/9 48/22 49/4 53/4
although [4]   7/17 13/14
 37/19 45/11
always [2]   22/23 23/1
ambition [1]   39/20
ambitious [1]   34/2
amended [1]   5/7
amendment [1]   54/13
AMERICA [3]   1/3 2/3 2/7
American [1]   34/23
among [1]   10/11
amount [2]   8/16 30/15
amounts [1]   15/10
ANDREW [2]   1/12 2/6
Angeles [1]   52/5
another [3]   40/15 48/21

**A**

another... [1]   50/20
answer [3]   13/22 22/8 39/5
answered [1]   6/21
anti [2]   28/9 28/9
anxious [1]   31/6
any [49]   3/6 3/11 3/20 4/7
4/11 4/11 5/12 6/17 7/11
7/19 9/6 9/14 11/7 12/2
12/10 12/21 12/25 13/6
13/15 14/6 22/2 26/24 27/2
29/3 30/11 31/23 32/16
33/8 33/12 34/17 36/19
36/23 36/23 37/23 38/12
38/13 38/14 38/14 39/19
42/2 42/3 42/5 42/14 43/4
44/1 46/1 48/12 51/7 53/15
anybody [1]   26/25
anyone [3]   4/1 8/22 37/15
anything [13]   3/11 8/22
9/10 14/7 18/2 18/14 19/12
35/24 36/2 36/22 38/15
54/18 54/21
anywhere [1]   16/12
apparently [3]   20/8 27/4
27/13
appeal [5]   52/23 53/1 53/2
53/10 53/11
appear [2]   43/14 50/2
APPEARANCES [1]   1/11
applicable [2]   4/17 52/25
applied [1]   54/13
applies [3]   3/23 6/4 15/4
appointed [1]   24/4
appreciate [5]   12/6 19/3
21/10 27/11 29/20
appreciates [1]   21/10
approach [2]   2/4 11/9
appropriate [3]   9/12 16/15
49/6
approval [1]   25/12
approved [1]   23/17
approving [1]   49/3
are [31]   2/8 2/22 3/17
3/19 3/21 3/22 5/15 9/4
12/3 12/4 17/12 18/6 22/10
22/11 27/25 31/18 33/19
38/23 43/13 44/24 45/9
45/11 45/17 47/14 48/5
48/10 48/16 50/24 51/2
53/15 54/12
area [3]   23/6 23/7 52/19
argue [2]   22/19 35/25
argues [2]   11/6 38/6
arguments [1]   29/17
around [1]   15/24
arrest [1]   12/7
arrested [3]   12/13 14/16
30/12
as [60]
ashamed [3]   19/7 33/19
35/3
aside [2]   33/21 39/10
ask [9]   3/12 4/18 4/19 5/1
12/14 13/16 21/12 32/21
36/19
asked [4]   10/20 14/22 33/5
47/1
asking [1]   36/21
aspect [2]   40/22 47/25

aspects [1]   34/21
aspersions [1]   32/12
aspirations [1]   38/10
assemblance [1]   15/25
assertion [2]   43/8 43/8
assessed [1]   37/4
assessment [4]   8/20 9/19
48/8 48/9
assist [4]   35/20 39/18
39/19 42/15
assistance [11]   13/10
13/12 13/15 13/18 13/19
13/20 13/23 42/11 42/13
42/21 53/8
assistant [1]   39/13
associated [2]   22/3 37/24
assume [1]   50/11
assumed [1]   4/25
at [52]   2/8 2/15 3/5 4/25
7/7 7/11 8/23 11/10 12/9
12/22 13/1 13/5 14/4 15/5
15/6 16/1 16/8 16/25 19/24
20/1 20/7 20/22 21/13 23/3
24/10 24/18 25/4 25/5 25/8
26/3 27/15 27/21 29/3
30/10 34/3 36/15 36/16
38/24 40/1 41/3 41/15
42/14 44/20 44/21 45/19
46/7 47/11 49/17 49/23
51/12 54/15 54/24
atone [1]   35/21
attack [1]   26/18
attempt [3]   12/22 28/10
30/13
attempted [2]   20/6 30/16
attend [1]   17/6
attending [1]   26/16
attention [1]   14/9
attorney [2]   2/9 32/9
attracted [1]   46/11
August [1]   4/9
August 1st [1]   4/9
available [5]   3/23 9/15
10/13 44/4 53/7
Avenue [2]   1/15 1/22
avoid [1]   10/10
aware [5]   2/22 3/8 37/12
37/14 37/17
away [1]   12/11 15/10 51/3
awful [1]   46/8

**B**

B-R-E-E-N [1]   2/13
back [21]   12/18 21/1 21/5
23/17 24/22 25/5 25/20
26/8 26/8 26/16 27/6 36/12
36/16 39/24 40/13 42/25
45/17 49/10 49/13 49/17
51/2
background [1]   18/24
bad [1]   20/20
balked [1]   28/3
bamboozled [1]   42/5
Bankruptcy [1]   1/22
base [2]   6/12 6/13
Based [1]   15/1
basically [1]   15/9
basis [1]   9/8
be [54]   4/1 4/15 4/23 6/2
6/19 7/19 7/24 8/9 8/16
10/14 14/3 14/20 16/15

17/9 18/7 19/1 19/18 22/13
22/15 24/8 24/14 24/20
25/13 26/1 26/10 26/19
27/13 27/18 31/4 31/6 32/4
33/7 33/8 33/13 34/4 36/12
36/13 39/8 42/3 42/10
42/19 44/9 45/3 46/4 47/3
47/7 47/16 49/11 50/7 51/6
51/9 51/13 52/3 52/14
beat [1]   32/17
became [2]   20/11 23/5
because [24]   8/10 10/25
11/12 15/13 18/22 20/4
20/6 22/10 25/25 27/3
28/15 31/7 31/10 33/6
36/11 37/17 38/21 39/3
45/6 46/12 46/20 47/11
49/15 50/19
become [1]   12/10
becomes [1]   53/6
been [21]   7/13 8/21 10/11
14/16 17/15 17/18 17/25
19/24 31/9 31/25 32/23
33/6 35/5 35/6 36/18 40/7
40/8 41/6 43/9 53/16 54/4
before [9]   1/9 9/10 12/10
36/21 40/9 43/14 50/2 50/3
50/24
beforehand [1]   46/4
began [1]   23/15
beginning [1]   54/5
begins [2]   26/7 29/8
begrudging [3]   14/4 19/19
20/8
behalf [3]   2/7 2/19 26/15
behind [1]   54/7
being [11]   2/21 10/20
20/13 23/17 25/15 25/16
28/16 33/8 41/24 42/1 46/7
believe [17]   5/5 5/7 15/25
16/5 17/17 17/20 17/23
19/18 19/23 20/12 21/16
23/21 24/12 25/2 38/12
39/17 43/3
believed [2]   14/3 34/4
believes [1]   14/11
bell [1]   7/13
below [1]   8/10
Ben [2]   23/13 23/14
benchmark [2]   17/17 44/17
best [5]   13/22 14/4 34/9
35/21 38/16
better [1]   15/2
between [12]   7/9 8/5 8/13
22/2 26/5 34/10 37/24
41/24 44/4 44/6 44/24 51/1
big [3]   20/23 24/19 31/10
biggest [2]   26/1 26/2
bit [5]   3/16 20/15 44/18
46/21 54/5
bond [1]   32/23
bonds [1]   51/22
boring [1]   27/8
both [8]   2/21 4/21 16/4
18/6 42/23 43/21 45/1 52/9
bothers [1]   7/13
Boulevard [1]   1/18
break [1]   36/11
breakfast [1]   24/25
BREEN [15]   1/16 1/18 2/13
3/10 5/1 5/3 15/17 18/19

**B**

BREEN... [7]   35/24 43/22
49/22 52/4 53/20 54/14
54/21
brilliant [1]   34/2
bring [2]   6/20 17/14
broader [1]   43/24
brought [4]   14/9 29/13
40/8 40/21
Bureau [7]   2/10 16/17 48/6
50/15 51/5 51/7 54/16
but [74]

**C**

calculated [3]   11/5 38/25
39/4
calculation [2]   6/3 6/5
calculations [1]   7/11
California [1]   51/21
call [2]   27/18 32/19
called [2]   32/18 32/19
calls [1]   35/6
came [7]   12/18 25/20 27/14
34/6 41/13 45/10 47/6
campaign [22]   10/25 11/25
22/3 23/12 23/15 23/18
23/18 23/22 24/4 24/8 25/6
26/8 26/9 27/1 27/6 29/8
29/9 30/23 34/17 37/15
37/25 39/7
campaigner [1]   23/13
can [20]   5/2 12/14 15/12
20/18 26/4 27/1 31/13
31/18 32/25 36/19 38/16
46/2 46/2 46/24 47/10
51/16 51/23 52/6 52/10
52/12
can't [1]   31/13
candidate [8]   23/10 23/10
23/23 25/11 25/23 28/20
28/22 30/3
cared [1]   46/12
careful [1]   20/3
Carson [2]   23/14 23/14
Carson's [1]   23/15
case [54]   3/4 3/24 5/17
5/21 6/4 6/5 9/12 10/17
16/23 16/24 17/4 17/11
17/14 18/1 18/5 18/22
18/25 19/6 22/15 23/20
27/11 30/7 32/13 36/21
36/23 36/23 36/24 37/1
37/3 37/4 40/21 41/12
41/14 42/12 42/13 43/3
43/5 43/11 43/19 44/17
44/20 44/25 44/25 45/16
45/16 45/21 47/4 47/22
47/23 48/1 49/10 49/13
49/18 53/23
cases [14]   17/18 17/20
17/22 17/24 18/2 18/6
18/12 40/21 44/16 44/20
44/23 45/10 45/11 48/1
cast [1]   33/21
casting [1]   32/11
category [2]   7/6 7/8
Catholic [1]   26/17
caught [9]   20/19 21/3 39/3
39/4 39/23 40/4 46/7 46/10
46/12

caused [1]   11/5
cellphone [1]   7/21
certain [5]   19/23 20/9
20/10 20/10 23/1
certainly [7]   14/14 19/13
30/10 31/14 33/8 40/22
41/4
certify [1]   55/3
challenge [1]   53/5
chance [5]   5/4 5/19 35/12
54/3 54/6
change [2]   48/12 48/13
character [1]   39/11
characteristics [2]   10/8
41/1
characterizations [1]   36/6
charge [1]   27/20
charges [1]   40/7
check [2]   20/13 33/2
Chicago [6]   1/19 22/25
26/17 27/19 32/3 51/22
chief [2]   23/22 29/12
choose [1]   53/1
chooses [1]   23/10
chose [2]   10/21 12/11
circled [1]   24/14
Circuit's [1]   53/13
circumstance [3]   12/2
20/18 39/9
circumstances [10]   10/7
12/4 17/5 17/7 38/17 40/6
41/14 44/1 44/2 48/3
city [1]   50/20 51/22
claim [2]   19/9 53/7
clarify [2]   21/3 40/5
clean [2]   14/17 45/10
clear [3]   18/9 20/11 36/5
clearly [2]   16/24 45/20
Clerk [2]   48/10 48/13
client [1]   20/16
Clinton [3]   25/24 28/21
30/25
Clinton's [1]   34/20
close [2]   13/22 43/10
cloud [1]   31/19
collateral [1]   43/9
collection [1]   48/19
college [1]   22/25
collusion [1]   34/17
COLUMBIA [3]   1/1 48/11
50/8
come [12]   5/2 13/22 14/17
21/1 21/5 30/11 40/13
41/16 42/25 49/10 49/17
52/10
comes [2]   23/23 54/1
coming [2]   27/16 28/6
Commander [1]   29/12
Commander-in-Chief [1]
29/12
commencement [1]   52/21
Commission [1]   44/19
commit [1]   48/21
committed [2]   28/3 48/5
committee [3]   23/24 24/5
25/19
committees [1]   33/9
common [1]   18/6
communications [2]   11/23
14/2
community [5]   9/18 44/13

46/24 49/1 54/7
compare [1]   40/21
comparing [1]   48/1
complete [1]   49/1
completed [1]   49/4
completing [1]   52/16
compliance [1]   50/5
complicated [1]   6/6
compliment [1]   20/14
comply [1]   9/23
compromised [1]   33/22
computer [1]   1/25
computer-aided [1]   1/25
conceal [1]   10/23
concedes [1]   10/25
concentrated [1]   23/6
concern [1]   30/3
conclude [2]   8/9 38/13
concluding [1]   40/23
conditions [5]   32/23 48/23
48/25 50/6 54/12
conduct [5]   10/3 10/12
15/24 43/7 47/24
confer [5]   49/15 49/21
51/14 51/17 52/9
confirm [1]   7/2
confrontation [1]   45/13
confronted [2]   14/1 40/15
Congress [3]   4/4 6/7 9/21
connection [1]   53/9
connections [6]   11/24
24/11 25/9 25/14 26/4
37/24
conscience [1]   20/22
consent [1]   4/21
consented [1]   30/17
consequences [9]   4/7 36/24
41/7 42/10 43/9 43/14 45/4
45/7 47/14
consider [12]   3/7 3/12 7/4
7/18 9/20 10/7 33/6 33/6
34/23 41/2 43/2 44/3
considerably [3]   31/7 41/5
41/6
consideration [3]   7/15
7/17 37/9
considered [4]   9/4 9/14
44/15 48/1
considering [1]   6/17
consistent [1]   47/3
constitute [1]   5/25
constitutes [1]   38/25
Constitution [1]   1/22
contact [1]   15/15
contacting [1]   31/12
contacts [3]   10/23 11/22
25/21
contained [1]   19/4
contemplated [1]   21/6
contention [1]   38/4
context [1]   45/12
contrary [2]   38/15 42/5
contributing [1]   54/10
controlled [1]   48/21
convey [1]   47/23
conveying [1]   43/22
conviction [2]   53/5 53/9
convictions [1]   7/6
cooperate [7]   12/6 13/10
13/14 14/5 15/7 30/13
32/11

cooperation - don't
Case 1:17-cr-00182-RDM   Document 48   Filed 09/07/18   Page 59 of 70
Page 59

# C

cooperation [1]   15/5
cooperator [1]   14/16
coordination [1]   22/2
correct [16]   7/2 7/3 8/17
 12/17 12/20 12/22 13/6
 20/24 21/8 29/2 39/24
 40/10 40/14 47/12 50/11
 55/4
corrected [2]   12/9 40/10
corrections [1]   5/6
cost [2]   53/10 53/12
could [13]   12/9 13/19
 18/20 19/23 22/12 27/18
 28/14 29/15 33/6 35/1
 39/25 40/3 42/10
couldn't [1]   14/10
counsel [20]   1/14 2/3 2/8
 3/25 3/25 5/16 5/20 12/18
 13/5 15/2 18/22 36/6 36/7
 39/2 44/10 45/5 46/4 49/10
 49/15 53/8
counsel's [3]   2/7 2/9 43/8
count [2]   2/24 48/6
country [4]   34/3 34/24
 46/12 46/14
couple [2]   41/4 41/21
course [7]   10/18 13/24
 18/4 19/11 34/18 37/19
 38/19
court [44]   1/1 1/21 1/21
 3/7 4/3 4/6 5/23 8/3 8/8
 8/19 9/8 9/20 16/15 18/21
 19/5 33/5 33/13 35/15
 35/22 36/21 36/25 37/9
 39/3 40/17 41/5 43/2 44/10
 46/18 48/4 48/10 48/11
 48/13 49/7 49/10 50/3
 50/22 51/16 52/11 52/13
 52/20 52/23 53/2 53/11
 54/11
courtroom [2]   26/14 33/19
courts [2]   1/22 48/2
covered [1]   34/14
cr [1]   1/4
creating [1]   34/10
credit [7]   19/25 41/2
 42/12 42/20 42/22 46/6
 46/15
crime [4]   10/21 28/3 34/22
 48/22
crimes [1]   10/4
criminal [8]   1/3 2/2 7/6
 7/8 10/3 36/23 36/24 40/7
criminality [1]   39/10
critical [1]   35/1
crosses [3]   24/7 24/24
 24/25
crystal [1]   20/11
CSR [3]   1/21 55/3 55/10
Cuba [1]   26/21
cultivating [1]   34/16
current [1]   35/16
currently [1]   53/6
Curtis [1]   2/10
custody [2]   48/5 48/15
Cyprus [1]   23/7

# D

D.C [3]   31/3 52/18 53/13

danger [1]   26/23
dangerous [1]   48/20
data [1]   11/21
date [7]   28/14 28/14 50/11
 50/14 50/25 51/2 55/10
dates [3]   20/9 28/16 51/2
day [4]   16/13 16/23 30/7
 33/6
days [14]   9/17 29/13 44/13
 46/22 47/6 47/7 47/17 48/6
 48/12 50/1 51/3 51/21
 52/21 53/2
DC [3]   1/5 1/15 1/23
deactivated [1]   15/8
deal [1]   37/3
dealing [5]   26/14 26/23
 41/22 41/25 42/1
dealt [1]   19/16
dearly [1]   33/18
decades [1]   36/22
decides [1]   25/18
decision [3]   28/10 36/14
 53/13
deeply [1]   35/2
defendant [18]   1/7 1/16
 2/23 10/4 10/9 10/17 11/10
 12/9 12/24 14/1 14/18
 14/20 15/25 17/5 18/10
 37/1 41/1 49/9
defendant's [7]   11/8 11/12
 11/20 11/22 12/3 14/23
 38/8
defendants [22]   10/11 45/10
defense [15]   3/3 3/11 5/1
 9/3 10/25 11/6 16/7 16/21
 35/25 36/6 36/6 38/3 38/6
 41/21 44/10
defense's [2]   11/8 12/1
defined [1]   53/4
degree [1]   41/19
degrees [1]   23/1
deliberate [1]   14/14
deliberately [1]   10/17
delighted [3]   19/1 24/2
 24/19
democracy [1]   37/16
Democrat [1]   32/17
Democratic [1]   28/21
demonstrated [1]   6/15
Department [2]   1/14 39/13
departs [1]   52/25
departure [5]   9/5 9/6 9/7
 9/8 9/9
departures [1]   6/17
DePaul [1]   22/24
depressed [1]   35/7
depth [3]   41/22 41/25 42/1
deputy [1]   39/13
Der [8]   16/22 18/5 44/16
 44/25 45/1 45/16 46/1 47/3
described [1]   13/25
deserve [2]   35/11 35/12
designated [1]   54/16
desire [1]   38/14
desk [1]   2/16
desks [1]   26/18
destroying [1]   31/20
detailed [1]   30/23
details [2]   30/14 31/1
determination [1]   36/8
determinations [2]   4/12

5/13
determine [3]   3/18 3/22
 15/3
deterrence [5]   10/3 16/5
 16/5 43/4 43/12
deterrent [1]   33/1
devices [1]   30/18
did [34]   6/22 12/5 12/7
 12/25 13/11 13/15 14/8
 15/3 17/10 18/22 19/7 19/8
 20/2 21/13 22/7 23/12 27/3
 27/3 28/3 30/10 30/12
 30/13 32/21 40/10 40/11
 40/14 42/15 42/20 45/14
 45/23 45/25 46/13 47/8
 47/13
didn't [9]   13/22 20/1 21/7
 27/2 27/14 27/24 27/24 40/16
 42/9 42/14
difference [2]   32/16 41/24
differences [2]   44/24 45/9
different [4]   13/1 13/3
 16/24 16/25
difficult [1]   41/13
difficulty [1]   20/15
dire [1]   41/6
direct [1]   4/22
directed [1]   50/15
directions [1]   45/1
directly [1]   45/20
dirt [2]   25/23 30/25
disagree [1]   36/7
discern [1]   11/22
disclose [1]   9/11
discuss [1]   9/10
discussed [1]   5/11
discussions [1]   51/11
disparity [2]   10/10 17/16
dissimilar [1]   45/12
distance [1]   34/19
distinguish [2]   18/1 45/16
distinguishing [3]   17/12
 18/5 18/11
district [15]   1/1 1/1 1/10
 1/22 17/18 48/11 48/11
 48/16 50/7 50/8 50/18
 50/19 51/20 52/18 52/20
districts [1]   50/23
DNA [1]   48/19
do [58]
do is [1]   50/12
documents [1]   19/23
does [20]   4/11 6/20 16/10
 16/14 16/21 20/17 21/16
 21/25 26/25 32/16 36/25
 38/7 39/10 40/17 40/21
 45/15 46/6 46/16 51/4
 51/24
doesn't [9]   9/6 12/2 13/19
 20/17 25/15 27/1 32/16
 43/6 44/8
doing [5]   19/13 26/9 31/25
 49/22 54/10
don't [41]   5/1 9/8 14/5
 14/13 15/3 15/10 17/7
 17/22 18/2 19/11 20/25
 21/12 21/23 23/3 24/6
 26/21 30/9 31/12 32/15
 33/7 36/7 36/9 38/12 38/12
 39/17 40/5 41/23 42/2 43/3
 43/4 44/21 47/9 49/16

**D**

don't... [8]  49/19 49/21
50/21 51/7 51/10 52/2 52/2
52/8
Donald [5]  23/11 23/12
24/16 28/20 32/9
done [6]  21/1 21/5 35/21
41/10 43/22 54/23
door [3]  27/13 27/15 47/2
dossier [1]  34/16
doubt [1]  41/23
down [7]  23/16 27/14 31/23
35/5 46/9 46/9 47/6
Dr. [1]  23/13
Dr. Ben [1]  23/13
draft [1]  5/6
dreadful [1]  35/13
dressed [1]  27/17
dribble [1]  23/15
drove [1]  27/17
during [2]  10/18 11/25

**E**

e-mail [1]  11/16
e-mails [9]  11/20 15/9
20/11 20/13 25/24 26/8
27/4 30/19 34/20
eager [2]  35/14 54/3
earlier [6]  14/22 19/24
28/20 29/4 29/10 40/20
early [1]  23/21
easier [1]  38/21
eat [1]  20/22
effect [1]  17/1
effectively [1]  16/8
effort [6]  12/22 13/6
14/12 14/14 37/16 42/14
efforts [11]  11/1 12/6
12/7 13/9 13/14 14/4 14/17
22/4 34/7 37/13 37/25
Egypt [1]  23/7
eight [1]  11/21
either [1]  17/13
elected [1]  29/6
election [2]  22/5 34/8
elections [2]  37/14 38/1
electronic [1]  30/18
eligible [1]  8/7
else [2]  4/1 8/22
elsewhere [1]  51/23
embarrassed [1]  35/2
emphasis [1]  19/5
employee [1]  23/5
end [1]  20/6
ended [3]  11/19 22/22
23/16
energy [3]  23/6 25/14
39/13
engage [1]  43/6
enhancement [5]  6/23 7/2
7/5 7/18 15/3
enormous [3]  36/25 37/1
38/2
enough [1]  26/20
ensure [1]  9/22
entailed [1]  11/15
enter [1]  51/15
entered [1]  53/5
entering [1]  53/8
enters [1]  53/2

entire [1]  35/4
entitled [1]  55/5
entitles [1]  6/16
equation [1]  17/13
equipped [1]  42/3
esteemed [1]  36/6
even [4]  25/8 33/3 39/9
39/23 40/7 45/6
event [2]  26/24 29/3
eventually [2]  12/5 15/24
ever [4]  14/15 29/15 34/24
34/25
every [2]  23/20 24/14
everybody [2]  25/10 29/22
everyone [1]  47/1
everything [2]  5/9 32/20
evidence [2]  9/14 45/13
exact [1]  16/9
exactly [2]  17/22 45/10
example [1]  11/12
exceed [1]  8/12
except [1]  7/12
excited [1]  34/4
execute [1]  49/7
exercise [2]  20/19 38/25
exist [1]  13/19 17/7
existence [2]  22/2 37/23
expect [3]  14/15 43/15
45/3
expected [1]  42/8
experience [2]  49/11 49/18
expertise [1]  23/8
explain [2]  20/17 46/20
explained [2]  18/4 30/19
explains [2]  20/15 24/7
explanation [1]  7/23
extensions [1]  31/3
extenuating [1]  17/4
extremely [1]  20/3

**F**

face [1]  40/11
Facebook [11]  7/21 14/24
15/8 31/8 31/10 31/11
31/11 31/15 31/18 31/21
31/23
faced [1]  42/17
facing [1]  41/6
fact [12]  13/15 15/7 22/7
22/14 41/2 41/14 42/6 42/7
42/9 42/20 42/22 48/2
factor [6]  18/11 22/20
30/10 31/24 41/8 45/15
factors [6]  4/4 8/23 9/20
17/12 37/5 45/18
facts [6]  5/23 5/24 22/14
37/4 37/21 40/11
factual [3]  4/12 5/13 36/5
fair [2]  4/4 19/22
fairly [2]  13/18 39/4
fake [3]  29/8 29/12 29/24
false [6]  2/24 6/10 12/15
21/16 37/22 38/4
family [5]  12/4 17/4 17/6
35/9 46/9
fan [1]  28/22
far [2]  3/17 47/10
fashion [1]  4/3
father [1]  31/11
favor [1]  40/23
favorably [2]  39/6 39/7

FBI [26]  10/18 20/20 27/18
28/10 28/10 28/17 30/2
32/3 32/7 33/21 34/6 34/9
37/13 37/17 37/20 38/19
40/1 42/1 42/4 42/4 42/6
43/14 43/16 44/1 45/4
47/14
FBI's [2]  22/1 37/23
feature [1]  18/6
February [4]  12/19 12/20
12/21 30/8
federal [5]  2/10 10/19
16/17 35/1 48/22
feedback [2]  49/11 49/19
feel [7]  21/2 46/6 47/9
47/16 47/21 47/21 54/9
feeling [1]  40/14
fella [1]  26/10
fellas [3]  29/23 32/5 32/5
festivities [1]  33/25
few [4]  21/1 36/11 42/24
42/25
field [2]  27/18 32/4
figure [1]  11/17
file [5]  5/7 52/11 52/12
53/2 53/11
filed [2]  4/9 5/21
final [2]  4/3 4/22
financial [2]  5/8 48/14
find [1]  49/12
findings [1]  5/25
fine [10]  4/19 8/12 8/16
9/18 44/6 44/9 44/13 46/24
48/9 48/9
firearm [1]  48/19
first [7]  3/18 6/7 13/7
14/23 32/5 37/9 46/11
five [2]  6/11 51/21
flow [1]  21/12
focus [2]  25/6 29/17
folks [1]  20/3
follow [1]  32/15
followed [1]  11/11
following [3]  20/12 22/25
48/24
fool [1]  26/12
foregoing [1]  55/4
foreign [3]  23/2 30/24
39/15
form [1]  25/24
forth [4]  4/12 9/21 11/7
16/1
fortunately [1]  6/5
forward [2]  30/11 42/4
found [2]  10/11 19/17
four [7]  3/15 6/19 7/7
13/25 17/20 42/15 51/20
fourth [1]  14/18
frankly [5]  42/24 43/8
44/17 44/25 49/18
free [1]  28/2
Friends [1]  35/5
front [7]  17/11 25/9 35/15
42/6 42/7 42/9 45/24
full [3]  28/20 31/18 48/14
fully [1]  5/15
further [14]  3/11 9/10
14/12 16/4 18/14 22/19
35/25 36/2 39/24 40/4
46/21 48/7 54/18 54/21
furthering [1]  26/10

**F**

**future [4]**   10/4 30/4 35/16
 43/7

**G**

**gas [1]**   25/14
**gathering [2]**   5/9 20/15
**gave [2]**   21/25 27/15
**general [5]**   16/5 16/5 32/9
 43/12 48/23
**gentleman [1]**   2/15
**genuine [3]**   46/1 46/3 47/8
**genuinely [1]**   46/15
**GEORGE [23]**   1/6 2/3 2/14
 2/23 18/23 19/6 19/24
 22/22 23/16 23/24 24/2
 24/9 24/10 24/13 24/18
 25/7 25/18 25/19 26/4
 29/15 32/4 32/14 48/5
**George's [2]**   25/4 26/2
**gesture [1]**   25/12
**get [21]**   11/1 14/2 14/20
 15/24 16/21 17/8 23/9
 23/20 26/4 27/5 30/12
 31/11 31/13 31/14 31/19
 36/9 38/21 39/8 39/9 41/18
 46/10
**gets [2]**   23/21 32/17
**getting [3]**   31/9 39/12
 46/7
**gifted [1]**   27/25
**gigabytes [1]**   11/21
**give [8]**   20/3 26/13 30/16
 36/13 49/11 49/14 49/21
 50/22
**given [3]**   15/23 35/19
 47/22
**Gladly [1]**   8/1
**global [1]**   35/17
**go [11]**   15/10 20/21 22/13
 22/15 28/14 40/2 47/10
 47/19 50/9 51/19 54/8
**goes [3]**   24/21 24/22 26/16
**going [30]**   3/15 4/18 7/14
 11/19 11/15 23/16 24/8
 24/9 25/4 25/6 25/14 27/6
 27/11 28/14 29/24 32/10
 33/7 36/11 46/17 46/19
 46/19 46/19 46/21 46/22
 47/2 47/5 49/20 49/25 50/1
 50/13
**gold [1]**   20/6
**GOLDSTEIN [10]**   1/12 2/6
 6/21 10/14 36/2 40/20
 41/12 45/18 53/17 54/19
**gone [3]**   12/11 39/25 40/3
**good [12]**   2/11 2/12 2/17
 2/18 13/21 28/9 31/14 33/2
 35/13 39/11 54/2 54/9
**Google [1]**   23/4
**got [7]**   20/24 25/21 25/23
 27/17 30/6 44/18 46/12
**government [42]**   3/3 3/5
 3/8 3/25 4/11 5/21 6/14
 7/1 8/25 10/14 11/13 11/19
 14/1 14/11 15/5 15/6 15/16
 16/10 16/14 20/25 26/19
 26/20 36/3 36/21 37/13
 38/6 38/22 39/9 39/19
 40/13 41/18 41/25 42/15

 42/17 44/6 45/3 45/13
 51/17 51/24 52/9 53/18
 54/18
**government's [8]**   11/9
 13/11 13/14 19/9 21/18
 22/4 37/25 38/3
**grammar [1]**   26/17
**grateful [1]**   35/19
**grave [1]**   43/17
**graver [2]**   45/7 45/22
**gravity [1]**   47/11
**great [3]**   37/3 41/24 43/12
**greater [1]**   9/23
**Greece [1]**   23/7
**Greek [1]**   30/24
**greet [1]**   27/15
**Gregory [1]**   2/19
**grounds [3]**   9/5 9/6 52/1
**group [3]**   23/24 23/25
 24/13
**guard [6]**   20/19 21/3 39/3
 39/4 39/23 40/4
**guess [4]**   27/1 28/25 30/1
 46/3
**guidelines [17]**   3/23 6/4
 6/12 7/8 7/9 8/5 8/11 8/13
 8/23 10/6 10/9 17/19 37/6
 44/4 44/5 44/7 53/1
**guilty [6]**   2/24 6/9 10/12
 19/6 42/24 53/8
**guy [6]**   24/24 25/22 26/3
 26/14 26/19 29/21
**guys [2]**   24/19 33/3

**H**

**had [50]**   5/3 5/19 6/20
 6/22 6/25 7/1 11/8 11/13
 12/10 13/5 14/16 14/22
 15/6 15/8 17/6 19/13 19/23
 21/1 21/4 21/5 21/6 23/1
 26/17 26/24 27/14 27/23
 27/23 29/2 30/2 30/12
 30/15 30/19 30/22 30/25
 31/9 31/10 33/24 38/14
 39/23 40/1 40/8 40/12
 40/19 41/4 41/5 41/15
 41/16 41/19 47/2 47/12
**hadn't [1]**   12/11
**halfway [3]**   16/16 16/20
 17/7
**hand [3]**   45/5 45/23 47/9
**hang [1]**   31/19
**hanging [1]**   24/19
**happened [11]**   7/20 11/14
 17/22 20/21 29/18 40/5
 41/4 41/10 41/15 42/18
 45/24
**happens [2]**   24/22 25/17
**happy [1]**   54/4
**hard [2]**   18/3 20/9
**hardest [1]**   36/19
**harm [2]**   11/5 11/7
**harmed [2]**   21/17 35/2
**harming [1]**   39/16
**has [37]**   2/23 4/5 5/10
 5/21 6/7 6/9 6/14 6/14 7/5
 7/13 8/21 9/14 9/21 13/18
 20/6 23/21 24/3 24/4 24/22
 25/1 26/4 31/7 32/14 32/23
 33/6 35/5 35/17 37/9 41/21
 42/22 43/2 44/10 44/12

 49/23 51/22 54/4 54/14
**have [61]**
**haven't [2]**   16/12 26/22
**having [4]**   5/8 20/9 40/1
 47/19
**he [191]**
**he'd [1]**   51/21
**he'll [1]**   50/11
**he's [21]**   24/8 25/14 25/15
 27/3 27/12 28/4 28/9 28/9
 28/10 28/16 29/13 32/18
 32/19 32/22 32/22 37/21
 41/18 41/19 45/6 45/6 46/8
**headquarters [2]**   27/18
 32/3
**hear [11]**   3/24 3/25 3/25
 4/1 4/2 7/17 7/20 7/24
 15/17 46/2 49/13
**heard [6]**   4/1 10/15 25/4
 33/14 46/5 46/25
**hearing [5]**   3/15 49/9 50/3
 50/3 52/17
**heavily [1]**   43/18
**hedged [1]**   28/2
**hedging [2]**   30/1 30/2
**Heide [1]**   2/10
**held [1]**   41/4
**help [4]**   11/1 26/4 33/2
 34/9
**helpful [3]**   7/19 7/24
 36/18
**here [22]**   2/21 2/22 9/5
 9/8 16/5 16/20 17/1 17/7
 18/8 18/13 19/15 24/12
 27/13 31/24 32/25 35/15
 40/14 41/10 44/2 45/19
 47/5 47/11
**here's [3]**   23/19 28/13
 29/7
**hereby [1]**   48/5
**hid [1]**   34/20
**hide [2]**   14/12 14/14
**hiding [1]**   26/18
**high [6]**   11/1 13/19 33/8
 38/22 41/15 41/18
**higher [2]**   23/18 24/16
**highest [1]**   34/3
**highly [2]**   10/19 10/19
**Hillary [4]**   25/23 28/21
 30/25 34/20
**him [36]**   6/16 11/1 15/9
 20/12 20/13 23/13 23/14
 24/3 24/4 24/8 24/25 25/2
 27/15 27/17 27/19 29/23
 31/10 31/11 31/13 32/4
 32/18 32/19 32/19 32/25
 33/1 37/17 38/21 42/5 42/8
 42/9 42/17 47/20 47/21
 50/14 50/22 51/23
**himself [5]**   39/5 39/19
 41/16 46/9 46/10
**hinder [3]**   19/14 28/4 28/7
**hindered [4]**   19/10 19/12
 29/14 34/13
**hindsight [1]**   34/25
**hints [1]**   20/3
**his [60]**
**history [4]**   7/6 7/8 10/8
 27/20
**holdover [1]**   4/16
**holds [1]**   41/19

**H**

home [4]   20/21 34/6 40/2
 51/2
hometown [1]   22/25
honest [2]   34/12 42/3
honesty [1]   33/20
Honor [36]   2/12 2/18 3/9
 3/13 4/14 4/24 5/5 5/14
 5/18 5/22 6/1 7/3 7/12
 8/18 9/1 9/3 10/16 11/3
 12/17 14/22 15/20 18/20
 26/24 29/20 33/15 33/17
 35/15 35/23 36/1 36/5 51/3
 52/2 53/19 53/21 54/20
 54/22
Honor's [2]   36/8 50/19
HONORABLE [1]   1/9
HOOK [3]   1/21 55/3 55/10
hope [4]   35/11 35/12 35/14
 54/4
hoped [1]   38/21
hopefully [2]   41/9 54/8
hoping [2]   39/8 41/18
hopper [1]   28/11
hours [4]   46/23 48/15 49/1
 49/4
house [3]   16/16 16/20 17/7
how [8]   22/22 24/6 40/20
 40/20 44/8 46/3 46/3 50/21
Hudson [1]   23/3
humble [1]   25/16
hunt [2]   29/9 29/13
Hunter [1]   53/14
hurt [1]   34/24

**I**

I'd [1]   19/5
I'll [8]   4/19 15/16 46/17
 46/20 50/12 50/14 51/14
 54/14
I'm [37]   19/15 19/18 19/19
 22/9 24/9 25/22 26/13 27/7
 27/11 28/14 28/19 28/24
 32/11 35/13 35/19 36/10
 38/5 38/9 39/11 40/14 41/2
 44/3 46/17 46/18 46/19
 46/19 46/21 46/22 49/20
 49/25 49/25 50/12 51/18
 53/14 53/25 54/2 54/2
I've [17]   2/25 2/25 3/2
 9/4 17/15 17/25 20/24
 21/11 25/21 31/25 32/1
 35/21 37/2 37/4 44/15
 46/25 47/25
idea [3]   31/14 49/24 51/3
identified [2]   11/23 30/19
identify [1]   2/5
if [39]   3/21 4/1 5/1 8/8
 14/13 15/7 16/1 18/2 18/20
 20/21 22/8 22/13 22/15
 26/14 26/22 26/25 27/14
 29/4 30/9 33/3 39/5 39/10
 39/23 42/9 47/1 47/2 49/16
 50/10 50/21 51/15 51/18
 52/4 52/9 52/11 52/17
 52/23 53/1 53/6 53/9
IL [1]   1/19
illegal [2]   28/1 48/20
Illinois [1]   50/18
imagine [3]   15/12 20/18

38/16
immediately [2]   17/6 48/10
impact [1]   11/9
impeded [2]   22/1 37/23
implications [2]   35/18
 36/24
import [1]   18/9
importance [5]   18/10 36/25
 37/1 38/2 43/17
important [13]   10/20 16/6
 20/20 26/3 27/10 28/16
 29/7 34/1 37/21 38/19
 38/20 43/13 44/17
impose [13]   4/6 8/3 8/20
 9/22 16/15 44/10 46/17
 46/20 46/22 47/10 48/2
 49/16 49/20
imposed [10]   6/8 8/9 8/16
 9/25 10/9 16/24 44/15
 52/23 53/6 53/15
imposing [3]   18/4 36/20
 37/3
impressed [1]   54/1
impression [1]   47/20
imprisonment [6]   6/11 9/17
 16/23 17/21 44/13 52/24
improved [1]   25/6
in [256]
inability [1]   21/20
inauguration [2]   33/25
 41/17
incarcerating [1]   32/25
incarceration [13]   16/3
 16/11 16/17 36/22 44/5
 44/7 46/23 47/6 47/10
 47/17 50/2 50/25 51/25
incipient [1]   34/7
include [2]   9/6 9/24
including [1]   37/5
indicated [2]   6/23 41/12
indicative [3]   14/15 15/4
 15/9
individual [3]   11/23 43/21
 43/23
individuals [3]   22/3 32/12
 37/24
indulge [1]   18/20
ineffective [1]   53/7
infamous [1]   34/18
influence [1]   20/6
information [14]   9/15
 14/12 14/14 20/5 20/16
 25/18 26/25 29/3 30/16
 30/16 31/20 33/12 45/19
 53/6
informed [1]   34/19
initial [1]   4/16
inquire [1]   53/14
instanter [3]   32/22 33/5
 44/11
Institute [1]   23/3
institution [1]   54/16
institutions [1]   39/15
intend [1]   31/22
intended [1]   38/4
intent [1]   28/7
interactions [3]   30/20
 30/22 34/15
interest [8]   23/2 32/2
 38/15 38/25 39/1 45/21
 46/14 46/14

interested [1]   22/23
interesting [1]   23/20
interests [5]   10/22 26/10
 39/12 39/14 39/21
interfere [6]   22/4 22/7
 34/8 37/14 37/16 38/1
interfered [1]   21/23
intermediaries [1]   10/24
international [3]   22/23
 22/24 24/21
interned [1]   23/3
interrogation [4]   20/5
 27/25 28/1 34/14
interrupted [1]   21/11
interview [11]   13/1 13/6
 13/8 14/23 21/20 23/21
 27/19 28/2 29/14 30/8
 37/20
interviewed [3]   12/15
 28/16 32/4
interviews [4]   19/20 39/25
 39/25 42/16
into [10]   7/15 7/16 23/9
 26/3 26/16 32/3 34/7 36/9
 37/23 39/25
intricate [1]   30/14
introduces [1]   25/2
investigating [3]   37/13
 37/15 37/18
investigation [37]   2/10
 5/10 10/19 11/6 11/15
 12/10 17/2 18/9 18/11
 19/10 19/14 21/17 21/24
 22/1 22/8 26/1 28/5 28/5
 28/8 29/15 29/25 31/4
 31/16 34/7 34/9 34/13
 35/17 35/17 35/20 37/21
 37/23 38/5 38/19 38/20
 47/11 47/15 49/6
investigations [1]   20/2
investigative [1]   11/10
investigator [1]   19/11
investigators [1]   38/10
invite [1]   49/9
involved [8]   16/16 18/25
 30/6 30/15 33/25 37/16
 42/16 52/12
is [158]
isn't [2]   32/25 40/13
Israel [1]   23/7
Israeli [1]   34/16
issue [4]   34/10 35/1 38/3
 45/19
issues [1]   17/6
it's [20]   7/22 8/15 12/1
 14/14 16/12 18/3 19/16
 22/19 26/16 32/2 39/22
 40/12 40/15 42/13 43/13
 49/24 51/5 51/13 52/4 54/6
Ivan [1]   30/21

**J**

Jackson [4]   1/18 17/11
 18/4 45/24
January [12]   12/15 14/24
 27/7 27/12 27/23 28/16
 29/8 29/9 29/11 30/7 30/12
 33/17
January 2017 [1]   33/17
January 20th [3]   29/8 29/9
 29/11

## J

January 27th [5]   27/7
27/12 27/23 28/16 30/12
JEANNIE [1]   1/13
JEFF [7]   1/21 24/15 24/15
25/13 32/10 55/3 55/10
job [5]   38/22 39/8 39/12
41/18 43/22
jobs [1]   41/4
Joseph [3]   34/18 34/19
34/21
journal [1]   30/18
judge [33]   1/10 2/12 10/17
17/11 18/4 18/18 19/3
19/18 20/14 21/8 22/10
22/18 22/21 26/13 27/7
28/7 28/13 29/1 29/25 31/8
32/22 33/4 33/10 36/19
36/19 45/24 46/2 49/23
50/9 50/17 51/18 51/19
52/15
judgment [5]   11/4 20/20
46/18 48/4 53/3
judicial [1]   11/15
July [1]   30/13
just [33]   4/4 4/19 6/7 7/2
7/20 7/25 10/1 13/1 14/16
15/22 16/25 17/23 18/21
19/5 19/15 21/15 22/19
23/20 25/20 29/16 32/1
33/24 36/4 36/11 41/16
42/24 47/19 49/21 50/14
51/10 52/16 53/22 53/22
justice [3]   1/14 7/13 7/19

## K

keep [1]   28/11
Kelly [1]   2/19
kept [1]   30/19
kind [2]   3/11 7/12
knew [4]   1/19 10/20 12/11
34/6
knock [1]   27/13
know [38]   7/22 13/17 14/13
15/13 16/11 17/22 18/2
19/11 19/12 20/18 20/23
20/25 21/2 21/23 22/21
23/3 24/6 25/15 25/20
26/25 27/1 27/7 30/1 30/9
30/14 31/25 33/7 40/5
40/13 43/13 43/23 44/16
45/4 46/2 50/21 50/21
53/23 53/24
know-all [1]   30/14
knowing [1]   15/13
knowledge [1]   34/17
knows [3]   18/10 25/13
31/18
Kraemer [1]   2/19
Kraemer-Soares [1]   2/19

## L

lack [3]   12/3 14/15 15/5
language [1]   22/16
lapse [1]   11/4
largely [1]   13/3
lashings [1]   32/14
last [4]   4/6 4/15 15/14
45/2
late [1]   41/3

later [6]   7/25 14/9 21/1
23/5 23/25 29/13
law [3]   10/1 16/4 33/21
lawyer [3]   45/2 45/2 45/6
lawyers [1]   13/17
lay [1]   25/18
lays [1]   6/3
least [3]   29/3 44/20 44/22
leave [3]   12/11 47/19
51/11
left [1]   33/24
legal [1]   35/22
less [2]   8/7 36/12
let [8]   3/5 4/7 21/12
29/16 45/17 51/14 52/8
53/22
let's [1]   33/1
letting [4]   43/23 46/9
46/9 46/9
level [11]   6/12 6/13 6/16
6/18 6/23 7/7 8/10 11/1
13/20 38/24 41/18
levels [1]   34/3
lie [5]   10/21 20/20 38/17
38/24 47/14
lied [12]   10/18 10/23
10/25 15/6 33/21 37/20
38/18 38/20 38/22 39/3
39/23 40/12
lies [13]   11/4 11/8 11/12
12/8 12/12 13/1 13/7 17/1
17/2 18/6 33/23 40/16
43/16
life [9]   31/7 33/7 33/24
35/5 41/20 47/20 53/25
54/1 54/8
lifetime [1]   35/9
light [3]   4/4 37/5 47/4
like [17]   4/1 4/2 10/14
19/5 23/2 23/4 26/7 26/19
33/7 33/13 33/13 36/22
36/23 44/2 50/17 51/3
51/21
likely [1]   45/6
limited [1]   30/15
lines [1]   54/13
link [1]   22/2
LinkedIn [1]   11/17
links [1]   37/24
little [7]   5/8 18/21 18/24
20/15 44/18 46/21 54/5
live [3]   21/9 52/14 54/8
lived [1]   32/23
lobby [1]   32/8
local [1]   48/22
location [1]   52/13
lock [1]   33/1
London [1]   23/1
long [6]   14/20 19/21 31/25
32/1 44/8 52/5
longer [2]   51/22 52/24
look [1]   16/1
looking [2]   16/25 27/21
Los [1]   52/5
lot [4]   16/25 25/21 41/11
41/19
loving [1]   35/8
loyalty [6]   24/23 30/3
30/3 33/2 38/11 38/23
lying [7]   10/21 28/4 30/1
30/2 35/1 43/25 45/3

## M

made [16]   9/11 12/15 13/14
20/23 21/6 21/9 21/14
21/22 28/10 29/25 30/12
33/18 35/13 36/7 40/2 40/3
magic [1]   13/18
mail [1]   11/16
mails [9]   11/20 15/9 20/11
20/13 25/24 26/8 27/4
30/19 34/20
make [14]   5/6 9/9 12/5
14/17 15/9 27/12 29/16
32/16 33/12 36/4 38/21
42/14 43/6 46/25
makes [2]   22/12 45/21
making [4]   2/24 6/10 9/13
22/22
man [3]   24/3 35/14 54/2
manner [1]   6/15
many [9]   14/1 17/2 18/8
18/8 19/17 19/17 20/21
34/21 35/11
March [9]   23/16 23/21
23/22 24/1 24/6 24/11
24/21 25/5 31/2
March 21st [1]   23/22
March 24th [1]   24/6
March 31st [5]   24/1 24/11
24/21 25/5 31/2
master [2]   38/11 38/23
material [3]   3/6 11/9
14/12
materials [3]   4/12 42/17
42/18
matter [11]   4/9 6/7 6/18
20/21 22/13 31/5 38/2
39/11 40/18 43/17 55/5
matters [1]   35/18
maximum [4]   6/8 6/10 8/12
52/24
may [20]   6/2 8/3 15/15
17/13 25/8 25/13 26/19
30/23 35/11 39/5 39/6 39/8
42/16 42/19 46/4 47/16
50/7 50/10 51/18 53/10
maybe [4]   32/1 32/2 32/5
51/20
me [44]   2/8 3/5 3/12 3/18
3/21 3/22 3/24 4/2 4/7
6/20 6/22 6/24 7/13 7/20
7/24 7/25 19/18 21/12
26/13 26/19 29/16 32/6
33/20 34/16 34/19 35/9
35/14 36/18 39/8 41/16
42/24 43/22 43/23 45/17
46/5 46/15 47/1 49/11
49/17 49/19 51/6 52/8
53/22 54/2
mean [3]   15/12 42/15 50/12
meaning [1]   13/18
meaningful [1]   13/15
means [2]   7/9 26/19
meant [1]   15/18
mechanical [2]   3/16 3/17
meddling [1]   29/4
meet [4]   23/25 27/5 32/5
42/15
meeting [7]   24/11 25/1
25/5 25/8 26/5 30/23 31/2
meetings [1]   30/22

| | | |
|---|---|---|
| **M** | motives [3]  30/1 38/7 38/7 | nice [1]  43/22 |
| meets [1]  24/13 | Mr. [74] | niece [1]  25/22 |
| members [1]  30/23 | Mr. Breen [12]  3/10 5/1 | nit [1]  22/19 |
| memo [1]  16/22 | 5/3 15/17 18/19 35/24 | nit-pick [1]  22/19 |
| memoranda [1]  3/3 | 43/22 49/22 52/4 53/20 | no [28]  1/4 3/9 3/13 5/14 |
| memorandum [5]  11/8 13/24 | 54/14 54/21 | 7/5 7/12 9/18 12/3 12/4 |
| 19/4 27/22 38/8 | Mr. Goldstein [8]  6/21 | 12/24 13/6 16/8 16/8 22/10 |
| mentioned [3]  7/22 31/8 | 10/14 36/2 40/20 41/12 | 26/11 27/9 30/15 32/24 |
| 44/12 | 45/18 53/17 54/19 | 34/23 36/1 42/4 44/13 |
| mentioning [1]  25/9 | Mr. Papadopoulos [45]  3/14 | 49/23 51/3 51/22 53/21 |
| message [7]  16/9 32/25 | 5/2 5/3 5/10 5/15 6/9 6/14 | 54/20 54/22 |
| 33/1 33/4 43/25 47/4 47/13 | 7/5 8/7 19/10 21/16 21/25 | noble [2]  38/17 38/24 |
| messages [3]  11/17 20/11 | 29/18 29/19 33/11 33/14 | nobody [1]  20/6 |
| 27/5 | 37/7 37/12 37/20 38/4 38/9 | nod [1]  25/12 |
| met [1]  25/21 | 38/14 39/2 39/18 39/22 | nominally [1]  14/17 |
| method [1]  20/4 | 40/9 41/3 41/6 41/9 41/13 | nor [1]  8/8 |
| methods [1]  28/1 | 41/16 41/22 42/2 42/14 | northern [1]  50/18 |
| metropolitan [1]  52/19 | 42/22 43/6 43/20 43/21 | not [95] |
| mid [2]  12/20 12/21 | 45/8 46/5 47/12 47/18 | notable [1]  12/1 |
| Mifsud [12]  24/7 24/9 | 49/13 50/13 53/23 | notebook [1]  14/19 |
| 24/24 25/1 25/2 25/9 25/17 | Mr. Papadopoulos' [7]  6/18 | noted [2]  41/21 53/16 |
| 25/19 30/20 34/18 34/19 | 38/18 42/11 47/8 50/1 50/5 | notes [2]  29/2 30/18 |
| 34/21 | 52/11 | nothing [2]  28/1 35/21 |
| might [11]  15/13 19/25 | Mr. Van [2]  45/1 46/1 | notice [3]  6/22 14/8 21/13 |
| 25/25 34/12 39/7 45/2 45/5 | much [4]  23/3 29/17 31/17 | notified [1]  54/16 |
| 50/9 51/8 51/9 52/14 | 39/15 | notify [1]  48/13 |
| Millian [2]  30/22 34/15 | must [6]  8/19 9/20 9/22 | November [1]  29/6 |
| mind [8]  25/4 26/2 26/2 | 10/7 49/4 53/2 | November 8th [1]  29/6 |
| 26/16 40/22 43/18 45/15 | my [39]  2/12 2/13 2/14 | now [25]  9/20 15/13 17/21 |
| 46/25 | 5/25 8/15 25/16 26/16 29/2 | 18/16 21/22 23/11 24/3 |
| mindset [1]  29/24 | 29/17 29/21 33/19 33/23 | 24/18 24/22 24/22 25/1 |
| mine [1]  18/12 | 34/3 34/6 34/9 34/14 34/15 | 25/13 25/25 27/7 27/21 |
| mine-run [1]  18/12 | 34/17 34/21 35/4 35/4 35/6 | 28/13 29/9 33/4 34/11 |
| minister [1]  30/24 | 35/7 35/8 35/9 35/21 35/21 | 34/18 46/17 50/10 51/1 |
| minute [2]  4/19 26/13 | 35/23 36/13 37/7 39/12 | 51/9 53/25 |
| minutes [3]  36/11 36/13 | 40/6 40/22 41/5 43/18 | nuclear [2]  26/18 26/21 |
| 43/1 | 45/15 46/16 46/25 52/16 | numbers [2]  44/21 44/22 |
| misguided [2]  38/11 38/23 | myriad [1]  34/14 | nuns [1]  26/17 |
| mislead [1]  43/16 | myself [3]  34/10 34/23 | NW [1]  1/22 |
| misled [1]  38/9 | 35/13 | |
| missiles [1]  26/21 | | **O** |
| misstatements [1]  13/7 | **N** | |
| mistake [9]  20/23 20/24 | naive [2]  26/12 35/20 | object [2]  51/24 52/7 |
| 21/6 21/9 22/23 33/18 | name [5]  2/13 23/25 27/2 | objection [1]  51/8 |
| 35/13 40/2 40/3 | 28/11 35/4 | objections [5]  3/20 4/11 |
| mistakes [3]  29/25 30/11 | nation [4]  35/2 38/20 | 5/12 7/11 53/15 |
| 35/21 | 39/14 39/16 | obligation [1]  48/14 |
| mitigating [4]  12/2 12/4 | national [15]  18/9 23/23 | obstruct [1]  31/15 |
| 22/19 41/8 | 23/24 24/5 24/12 24/20 | obstruction [5]  6/23 7/5 |
| mitigation [1]  41/11 | 25/3 25/5 28/6 28/8 31/2 | 7/13 7/19 15/11 |
| modifying [1]  51/25 | 38/15 39/1 43/17 45/21 | obtaining [1]  11/15 |
| moment [8]  5/1 19/15 21/15 | Nationally [1]  17/23 | obvious [1]  26/23 |
| 24/10 25/4 39/17 49/15 | nationwide [1]  52/3 | obviously [2]  17/16 17/21 |
| 49/21 | nature [9]  10/7 11/22 | occasionally [1]  32/16 |
| momentary [1]  11/4 | 15/23 16/11 16/25 19/20 | occasions [2]  19/17 42/16 |
| moments [1]  42/25 | 37/10 45/19 47/22 | occur [1]  12/7 |
| months [13]  7/10 9/17 | necessarily [2]  44/21 51/9 | occurred [4]  20/10 29/10 |
| 11/14 12/7 16/13 18/9 | necessary [1]  9/23 | 37/19 40/8 |
| 23/15 32/24 40/9 44/5 | need [17]  9/24 10/9 10/10 | occurs [1]  24/6 |
| 46/23 48/7 49/2 | 21/3 31/5 36/9 40/5 40/14 | October [1]  29/3 |
| more [13]  8/4 8/8 11/19 | 43/2 43/4 43/5 43/20 47/4 | off [10]  19/15 19/16 20/19 |
| 11/21 17/3 18/21 18/24 | 47/13 47/22 47/23 51/15 | 21/3 28/25 36/15 39/3 39/4 |
| 22/21 29/15 31/17 40/23 | needed [1]  17/6 | 39/23 40/4 |
| 40/24 41/6 | needs [1]  17/8 | offense [18]  6/8 6/13 6/18 |
| Moses [1]  2/19 | never [3]  24/20 32/1 46/25 | 7/22 8/10 8/13 9/25 10/2 |
| Moses-Gregory [1]  2/19 | new [4]  11/2 51/20 52/4 | 10/8 11/3 15/23 16/3 17/3 |
| MOSS [1]  1/9 | 53/6 | 21/24 26/11 37/10 37/12 |
| most [4]  19/3 28/15 35/7 | news [4]  24/21 26/1 29/8 | 53/9 |
| 37/11 | 29/13 | offer [1]  42/21 |
| motive [2]  38/16 38/16 | newspaper [1]  24/15 | offering [1]  42/19 |
| | next [2]  34/10 54/1 | office [21]  1/14 2/4 2/7 |
| | | 2/9 3/2 9/12 9/14 9/17 |

**O**

**office... [13]**   27/19 30/8 32/4 44/12 48/16 48/24 49/2 49/5 50/16 51/13 52/6 52/19 54/17
**office's [1]**   6/3
**officer [2]**   49/5 50/4
**official [1]**   1/21
**officials [4]**   26/6 27/5 27/6 34/16
**often [3]**   21/12 29/2 37/3
**oftentimes [2]**   48/2 49/8
**oil [1]**   25/14
**Okay [16]**   3/10 3/14 4/18 5/12 7/4 8/2 8/19 9/2 12/25 13/9 15/21 18/14 18/17 22/17 33/16 36/10
**old [1]**   26/19
**older [1]**   41/9
**oldest [1]**   26/14
**Olga [3]**   25/2 25/21 30/20
**omission [1]**   14/11
**omissions [1]**   37/22
**on [71]**
**once [1]**   20/11
**one [27]**   2/24 6/6 6/20 7/6 7/8 8/6 8/7 14/15 14/16 16/24 17/16 17/21 17/24 17/25 18/5 20/1 25/25 33/6 38/16 39/10 40/12 45/2 45/15 45/21 45/24 47/18 48/6
**one's [2]**   41/25 42/1
**onerous [1]**   47/17
**ongoing [1]**   22/1
**only [4]**   17/20 24/3 41/4 46/3
**opened [1]**   21/15
**operation [1]**   29/4
**opinion [2]**   25/16 32/15
**opportunities [1]**   34/2
**opportunity [7]**   21/5 27/24 27/24 35/19 39/23 47/12 54/6
**or [53]**   4/12 4/22 5/6 6/17 8/23 9/14 12/22 13/1 13/7 13/10 14/5 14/11 16/16 19/11 19/13 21/24 22/2 22/19 23/13 23/15 23/24 25/12 25/14 26/6 26/6 26/15 30/1 30/10 31/19 31/19 32/3 32/17 33/5 33/12 35/25 36/22 37/24 38/6 48/19 48/20 48/22 49/10 50/25 51/3 51/12 51/20 51/20 52/14 52/25 53/5 53/6 53/7 53/9
**order [8]**   11/17 11/21 49/7 51/15 51/16 52/10 52/16 54/14
**organization [2]**   23/17 28/23
**other [18]**   3/6 3/16 4/7 11/24 17/14 18/1 20/12 24/16 36/24 40/21 44/16 45/5 45/23 47/9 47/25 48/1 48/19 51/22
**others [2]**   23/4 26/5
**ought [1]**   49/14
**our [10]**   11/7 13/24 15/22 20/16 22/25 27/22 30/8 33/2 35/2 37/16
**out [12]**   6/3 11/18 15/15 24/21 30/11 31/19 38/23 39/7 41/22 41/25 42/1 51/21
**outset [1]**   3/5
**outside [5]**   26/17 50/8 50/18 50/22 52/18
**outstanding [1]**   3/20
**over [10]**   13/24 14/19 14/21 17/17 24/25 32/24 37/2 37/19 38/25 39/14
**own [7]**   14/1 20/13 38/18 38/22 39/12 39/20 42/19

**P**

**p.m [4]**   1/6 36/15 36/16 54/24
**page [1]**   31/23
**paid [5]**   8/21 23/5 23/13 33/18 48/14
**painful [1]**   53/24
**painstakingly [1]**   11/13
**panic [1]**   26/16
**PAPADOPOULOS [58]**
**Papadopoulos' [8]**   6/18 23/25 38/18 42/11 47/8 50/1 50/5 52/11
**papers [4]**   5/20 11/23 21/14 21/15
**paragraph [2]**   4/15 4/22
**parents [2]**   33/19 51/23
**part [7]**   4/5 13/23 16/21 25/19 26/7 34/4 37/11
**participation [1]**   49/3
**particular [2]**   37/4 52/13
**particularly [5]**   14/16 16/6 18/7 41/13 44/1
**parties [9]**   4/21 6/12 6/25 7/20 8/15 9/6 9/15 17/5 53/14
**parting [1]**   53/22
**partner [2]**   2/14 2/14
**party [1]**   28/21
**passed [1]**   26/25
**past [1]**   17/17
**paths [3]**   24/7 24/24 24/25
**patriot [1]**   28/9
**patriotic [1]**   34/23
**pay [4]**   23/5 33/3 48/8 48/9
**payable [1]**   48/10
**pending [1]**   51/25
**Pennsylvania [1]**   1/15
**people [11]**   20/21 26/21 30/15 30/20 31/9 31/12 34/1 35/6 41/5 47/16 47/18
**perceived [1]**   47/7
**percent [3]**   17/24 44/19 44/23
**perhaps [8]**   18/21 38/11 39/12 40/24 41/8 43/9 45/7 49/14
**period [7]**   8/11 44/7 44/9 44/12 44/13 50/25 52/24
**permission [3]**   50/17 50/22 53/11
**persist [2]**   18/7 18/8
**person [4]**   27/2 33/22 45/3 48/15
**personal [4]**   10/22 39/20 46/14 52/12
**personally [2]**   35/3 51/7
**persuaded [1]**   43/7
**phenomenal [1]**   49/24
**phone [3]**   14/19 14/24 35/6
**photo [1]**   24/21
**photograph [3]**   24/13 24/14 32/8
**phrase [1]**   13/17
**pick [3]**   22/19 23/10 23/12
**picked [2]**   23/14 28/15
**piece [1]**   11/13
**place [3]**   23/20 46/12 50/14
**placed [1]**   39/20
**places [1]**   20/10
**Plaintiff [2]**   1/4 1/12
**plea [5]**   6/24 6/25 9/7 22/9 53/8
**pleaded [1]**   2/24
**pleading [1]**   42/23
**please [3]**   2/4 33/16 33/23
**pled [2]**   6/9 19/6
**plenty [1]**   21/5
**podium [2]**   2/4 5/2
**point [19]**   8/24 12/2 12/22 13/5 14/2 15/6 15/7 16/2 19/24 21/13 21/14 21/22 27/11 29/21 30/11 35/6 40/1 49/17 51/12
**points [1]**   32/7
**policies [1]**   23/6
**policy [3]**   10/6 41/23 46/11
**political [1]**   24/17
**politics [3]**   22/24 23/9 46/11
**ponder [1]**   40/2
**pondering [1]**   17/15
**portions [1]**   3/16
**portray [1]**   20/19
**posed [1]**   40/19
**position [9]**   11/2 13/11 15/23 16/10 16/12 16/14 28/11 32/24 44/8
**possess [2]**   48/19 48/20
**possibility [2]**   19/13 50/19
**potential [5]**   17/16 20/4 20/7 34/17 54/13
**potentially [3]**   32/11 32/11 32/12
**pounding [1]**   32/22
**pouring [1]**   11/16
**precarious [1]**   32/24
**prefer [1]**   51/8
**preliminary [1]**   6/7
**prepared [1]**   19/21
**presence [1]**   31/10
**present [7]**   18/12 30/9 33/12 35/25 44/2 49/10 49/11
**presentations [1]**   36/17
**presentence [16]**   3/1 3/19 4/8 4/8 4/13 4/17 5/4 5/9 5/20 5/24 6/2 6/22 8/21 9/5 9/16 49/6
**preserve [1]**   38/11
**president [11]**   23/11 25/3 26/11 29/6 29/11 29/14

**P**

president... [5]  29/22 32/8 34/11 39/6 41/17
presidential [4]  22/4 33/24 34/8 38/1
Pretrial [4]  51/12 51/13 51/14 52/9
pretty [1]  27/21
preventing [1]  39/15
previously [1]  54/12
price [1]  33/3
pride [1]  34/25
primary [1]  28/19
principles [4]  16/1 16/20 33/20 33/22
prior [2]  6/17 7/5
prison [2]  16/8 47/19
Prisons [6]  16/18 48/6 50/15 51/5 51/7 54/16
privacy [1]  52/12
pro [3]  25/15 25/16 28/10
probably [10]  6/21 16/21 21/4 26/13 27/8 28/15 29/9 32/15 40/7 47/3
probation [26]  2/4 2/20 3/2 6/3 8/8 8/11 9/11 9/14 9/16 17/24 32/21 33/5 44/11 44/12 44/23 48/16 48/24 49/2 49/5 49/5 50/4 50/16 51/12 52/6 52/19 54/17
probationary [3]  8/9 16/16 48/2
problem [1]  5/8 49/23
proceed [1]  3/15
proceedings [3]  1/25 54/24 55/5
process [5]  11/16 14/10 35/22 45/12 47/19
produced [1]  1/25
productive [1]  54/9
professional [4]  19/20 38/10 45/7 53/25
Professor [5]  11/24 21/19 21/20 24/7 34/18
proffer [2]  13/25 14/18
program [2]  49/3 49/3
progress [3]  50/3 52/17 52/20
prolonged [1]  21/9
promise [1]  34/1
promote [4]  10/1 10/4 16/4 39/12
proof [1]  40/12
proposed [2]  52/10 54/14
proposition [1]  22/7
prosecution [1]  21/4
prosecutor [3]  20/1 22/11 30/17
prosecutors [2]  19/17 31/1
protect [1]  10/3
protecting [1]  39/14
prove [2]  22/13 22/16
provide [10]  10/1 13/10 13/11 13/15 37/6 42/12 49/4 49/8 49/18 50/1
public [15]  10/3 12/11 29/3 31/6 32/15 35/8 35/16 37/2 37/8 43/13 43/24 43/25 46/11 47/14 47/23

publicly [1]  35/4
PUGH [4]  1/17 1/18 2/13 30/6
punish [1]  43/5
punished [1]  33/7
punishment [1]  10/2
purpose [1]  32/24
purposeful [1]  11/5
purposes [4]  5/25 9/23 9/24 22/6
Pursuant [1]  52/22
put [3]  33/8 51/9 54/7
Putin [3]  25/3 25/22 26/6
puts [1]  39/10
putting [1]  26/20

**Q**

quality [1]  44/21
question [7]  6/20 13/16 13/21 17/15 17/15 21/13 40/19
questions [3]  10/20 19/21 39/5
quite [5]  29/2 30/8 42/5 42/24 43/8
quoting [1]  38/9

**R**

raised [2]  33/20 54/14
ramifications [1]  43/24
ran [1]  26/3
RANDOLPH [1]  1/9
range [9]  3/23 6/4 7/9 8/13 10/10 17/19 44/4 44/7 53/1
ranking [2]  33/9 38/22
rather [1]  20/11
RDM [1]  1/4
reach [1]  15/15
read [5]  6/24 15/17 17/10 26/22 45/23
ready [1]  35/23
real [1]  43/13
realize [1]  17/12
really [6]  11/14 14/10 20/23 21/23 32/13 45/17
realtime [1]  1/25
reason [6]  13/16 38/12 38/13 42/2 42/4 47/6
reasons [4]  23/12 25/17 38/24 40/17
recall [1]  2/15
received [4]  2/25 5/6 20/5 23/1 53/7
recognize [2]  36/23 43/10
recommend [2]  8/5 44/6
recommendation [5]  3/1 4/9 9/11 9/13 9/16
recommended [1]  8/11
record [15]  2/5 7/23 12/9 12/23 36/4 36/15 36/16 37/8 38/13 40/10 40/11 47/12 51/9 53/16 55/4
recorded [1]  1/25
records [2]  10/11 11/17
redeem [1]  35/13
redemption [2]  35/14 54/3
reduction [1]  6/16
reentry [3]  49/9 50/3 52/17
refer [1]  24/23

reflect [5]  9/25 16/3 39/6 39/6 39/11
reflection [2]  40/4 46/1
regard [2]  14/6 14/24
regarding [5]  22/1 28/5 28/8 29/4 34/15
rehabilitation [1]  10/5
rehearsed [1]  46/4
related [2]  25/3 37/15
relating [1]  37/21
relationship [2]  15/16 34/21
relationships [1]  25/7
release [11]  8/4 8/5 9/18 46/23 48/8 48/15 49/5 50/2 50/5 51/25 52/3
released [3]  35/4 48/17 54/12
relevant [5]  9/20 11/20 15/8 36/8 39/22
relocate [2]  51/21 52/5
relocating [3]  50/20 51/10 52/14
rely [1]  31/22
remainder [1]  47/20
remarked [1]  45/25
remarks [1]  37/6
remember [4]  26/20 26/22 30/8 31/9
remind [1]  19/5
remorse [6]  46/1 46/3 46/6 46/7 46/8 47/8
remorseful [2]  19/7 46/16
Renee [1]  2/19
repay [1]  35/9
repeat [1]  12/25
repeatedly [2]  10/18 37/20
report [20]  3/1 3/19 3/20 4/8 4/8 4/13 4/17 5/4 5/13 5/20 5/24 6/3 6/22 8/21 9/5 9/16 48/15 49/6 50/4 52/20
Reporter [2]  1/21 1/21
represent [1]  2/14
representation [1]  5/16
representations [3]  15/1 22/11 22/12
represented [2]  6/14 45/5
Republican [2]  28/21 32/17
request [3]  3/6 4/25 53/11
requested [2]  16/7 44/10
require [1]  50/13
required [3]  41/2 44/3 53/14
requirement [1]  49/20
requires [1]  4/3
resolve [1]  3/21
respect [20]  3/20 5/13 7/21 8/23 9/12 10/1 13/9 14/22 16/4 16/11 21/19 29/18 33/20 35/22 40/19 42/11 44/8 51/16 52/13 52/17
respond [2]  19/9 19/19
responding [1]  21/18
responsibility [2]  6/15 42/23
result [1]  17/2
returning [1]  35/5
returns [1]  5/8
reveal [1]  31/5

**R**

revealed [2]   20/12 30/24
review [1]   5/4
reviewed [5]   3/1 3/2 3/19
5/10 30/18
RHEE [1]   1/13
rid [3]   31/11 31/13 31/14
riding [1]   41/15
right [14]   13/13 15/19
21/21 27/21 29/1 33/12
45/18 50/8 50/10 51/6 51/9
52/15 52/23 53/5
rise [2]   13/20 53/25
Road [1]   27/19
Rob [6]   2/14 19/16 30/6
31/17 32/2 32/6
ROBERT [1]   1/17
room [6]   13/17 24/19 24/20
32/6 32/7 37/11
Roosevelt [1]   27/19
RPR [3]   1/21 55/3 55/10
run [1]   18/12
rung [1]   7/14
Russia [10]   11/24 24/11
25/7 25/20 25/21 25/22
26/6 26/15 26/23 38/14
Russian [16]   10/24 15/16
22/3 25/3 26/4 26/15 26/19
26/20 27/5 29/4 34/7 37/13
37/25 39/18 41/23 41/25
Russians [3]   10/23 30/25
34/20

**S**

S.J [1]   1/13
saddened [1]   35/7
said [13]   21/2 21/3 21/15
22/18 40/1 40/3 41/16
42/24 46/5 46/15 47/3 52/3
54/2
sake [1]   19/5
same [1]   54/12
satisfied [1]   5/16
save [1]   38/10
saved [1]   19/25
saw [1]   44/19
say [24]   9/13 14/7 19/4
20/22 20/23 21/6 21/25
22/18 28/7 28/13 29/9
29/16 30/2 36/18 39/5 40/2
40/13 40/16 45/2 45/6 46/2
47/25 49/12 53/23
saying [3]   19/18 19/19
39/11
says [2]   25/9 38/7
school [1]   26/17
script [2]   19/15 19/16
seal [1]   52/13
search [1]   20/12
searches [1]   30/17
seated [1]   6/2
second [7]   3/21 21/13 25/1
35/12 45/17 54/3 54/6
secretary [1]   39/13
section [10]   4/5 6/11 8/3
9/21 16/2 17/19 37/5 40/22
52/22 53/4
security [9]   23/23 23/24
24/5 24/13 25/5 25/19 28/6
28/8 31/2

see [10]   9/8 13/4 15/7
24/14 29/22 32/25 44/22
45/25 49/22 54/14
seek [3]   7/1 9/7 44/9
seeking [3]   39/18 39/19
50/19
seeks [1]   44/7
seem [1]   26/5
seemed [1]   6/24
seems [1]   24/14
seen [1]   21/4
self [2]   38/25 54/11
self-interest [1]   38/25
self-surrender [1]   54/11
Senator [2]   24/15 25/13
send [3]   16/9 47/4 47/13
sends [2]   26/8 43/25
sense [5]   41/14 45/2 45/22
46/6 53/24
sentence [43]   4/4 4/6 4/15
4/22 6/8 8/9 9/12 9/17
9/22 9/25 10/2 10/9 16/2
16/7 16/8 16/16 16/23 17/8
17/8 17/24 18/5 35/23
36/20 37/3 37/8 43/3 44/11
44/23 46/18 46/20 46/22
47/5 47/5 47/10 47/17 49/7
52/23 52/25 53/5 53/15
53/23 54/7 54/15
sentence you [1]   47/5
sentenced [2]   31/6 48/7
sentences [5]   3/22 10/12
44/4 44/15 48/2
sentencing [28]   1/9 2/23
3/2 3/15 3/23 4/8 5/25
6/12 7/7 7/15 8/23 9/24
10/10 16/1 16/20 17/11
17/16 22/6 31/3 31/5 37/6
38/8 44/19 47/1 49/8 53/1
53/9 54/5
September [1]   1/5
Sergei [2]   30/21 34/15
serious [7]   11/3 17/3 28/5
37/12 40/18 40/23 40/24
seriousness [2]   9/25 16/3
serve [3]   34/3 48/7 54/6
served [1]   33/6
service [6]   9/18 44/14
46/24 49/1 54/7 54/15
Services [4]   51/12 51/13
51/15 52/9
Serving [1]   34/24
session [1]   14/18
sessions [5]   13/25 24/15
24/15 25/13 32/10
set [5]   4/12 9/21 11/7
16/1 39/24
seven [3]   17/18 17/20
29/13
several [1]   23/14
shall [11]   48/8 48/12
48/15 48/18 48/19 48/20
48/21 48/22 49/1 49/5
54/15
shaming [1]   35/8
she [2]   45/25 45/25
short [2]   16/17 52/4
shorthand [1]   1/25
should [7]   4/15 8/9 8/16
10/2 44/9 45/3 51/17
shoulder [1]   32/6

shouldn't [2]   22/8 30/2
shower [2]   27/12 27/14
showing [1]   42/17
shown [1]   19/24
shy [1]   17/23
sick [1]   40/14
side [1]   17/13
sidelined [1]   31/4
signals [1]   35/16
signed [1]   21/25
significance [1]   43/12
significant [2]   10/19 14/6
significantly [1]   40/24
similar [7]   10/11 10/12
21/14 21/22 43/7 44/20
48/3
simply [5]   14/11 46/7 46/7
50/14 51/11
simultaneously [1]   34/9
since [3]   17/14 21/11 35/4
sincerely [1]   34/4
single [1]   37/19
sinister [1]   38/7
situation [2]   46/8 51/19
six [7]   6/13 7/9 8/10 12/7
16/13 40/9 44/5
Skype [1]   27/4
snicker [1]   35/6
snitch [1]   32/19
so [47]   2/22 3/14 4/7 5/1
5/3 5/23 7/2 7/4 7/6 7/22
9/8 11/3 12/14 14/4 15/16
17/7 17/11 17/25 20/8
20/13 22/6 22/14 25/17
27/2 27/10 31/3 32/21
33/10 36/9 37/2 39/15
39/17 40/11 40/16 41/19
45/14 45/20 46/12 46/17
47/10 47/13 48/4 50/21
51/14 52/3 52/16 53/22
Soares [1]   2/19
solicitous [1]   19/19
some [30]   3/16 5/7 7/23
12/5 15/1 15/16 16/2 17/12
19/25 20/2 25/8 25/18
26/19 27/15 29/5 30/18
36/5 38/24 41/14 42/12
42/16 42/18 42/21 44/25
45/2 45/21 47/16 49/11
49/17 49/19
somebody [4]   7/7 20/19
26/15 41/19
someone [3]   15/13 15/14
15/15
something [13]   16/17 21/14
22/21 26/6 34/4 40/4 40/15
43/18 45/20 46/13 47/22
52/6 52/12
sorry [3]   28/19 28/24
51/18
sort [2]   17/8 29/5
sorts [1]   24/16
sounds [1]   51/6
southern [1]   51/20
speak [1]   7/25
special [5]   1/14 2/6 2/9
2/9 8/20 9/18 18/22 19/17
20/2 22/11 30/17 48/8 48/9
48/24
specific [4]   16/4 27/2
30/20 43/4

**S**

specifically [2]  19/12 23/6
specified [2]  4/5 50/15
speculative [1]  11/7
spend [2]  18/23 31/5
spoke [1]  30/22
spy [1]  34/16
square [1]  20/9
standard [2]  13/19 13/23
standing [2]  12/12 35/15
STANLEY [5]  1/17 2/14 19/16 30/6 31/17
start [2]  3/5 4/7
starts [2]  24/9 24/10
state [1]  48/22
stated [1]  5/24
statement [4]  6/10 7/22 21/24 33/12
statements [6]  2/24 10/7 12/15 21/17 37/22 38/5
STATES [20]  1/1 1/3 1/10 2/3 2/7 23/11 25/7 28/9 29/7 29/11 29/14 29/22 32/9 32/10 34/11 34/25 39/16 39/23 41/17 53/14
statistics [1]  44/18
status [1]  50/5
statutory [4]  6/8 6/9 8/23 52/24
stayed [1]  27/14
stenographic [1]  1/25
step [5]  3/18 3/21 3/24 4/3 4/6
steps [4]  3/15 11/10 14/23 15/4
still [1]  15/6
stop [1]  21/12
stopped [1]  35/5
story [1]  32/1
straight [1]  42/3
straighten [1]  30/11
strange [1]  19/16
strategic [1]  28/10
stress [1]  35/7
stricken [2]  4/16 4/23
strike [1]  4/22
strong [2]  47/4 47/20
struggle [2]  37/2 37/3
struggled [1]  37/2
stupid [3]  22/22 29/25 29/25
stupidly [1]  27/23
subject [1]  54/13
submission [3]  11/6 12/1 14/8
submit [4]  48/18 50/4 51/16 52/20
submitted [1]  3/3
substance [1]  48/21
substantial [8]  12/2 13/12 13/17 13/20 13/23 14/5 41/7 42/13
such [3]  30/20 35/1 48/13
sudden [1]  24/18
suffer [2]  45/6 45/8
sufficient [1]  9/22
suggest [3]  39/2 44/12 52/8
suggesting [1]  50/24

suggestions [1]  5/7
Suite [1]  1/19
sum [1]  15/22
summarized [1]  27/21
summarizing [1]  50/4
supervise [1]  49/2
supervised [7]  8/4 8/5 9/18 46/23 48/7 50/7 52/18
supervision [3]  48/18 48/23 52/21
support [1]  35/10
sure [4]  27/3 38/5 43/6 53/25
surprised [2]  44/18 44/22
surrender [8]  50/11 50/13 50/14 50/25 51/2 51/2 54/11 54/15
surrounded [1]  34/1
suspect [6]  7/23 21/1 21/4 36/13 47/18 50/7
suspicion [1]  40/6
swing [1]  28/20
sworn [1]  21/25
system [1]  49/24

**T**

T-I-M-O-F-E-E-V [1]  30/21
table [1]  2/8
take [9]  7/14 7/16 18/21 27/24 35/9 36/11 39/7 44/8 51/8
taken [4]  16/12 32/14 32/22 42/23
takes [1]  38/3
taking [1]  31/22
talented [1]  27/25
talk [5]  5/19 27/24 49/17
talked [1]  29/3
talking [3]  18/13 26/15 27/16
taps [1]  32/6
technical [1]  31/17
telephone [2]  14/8 14/9
tell [14]  14/10 31/13 31/14 32/2 33/2 36/19 38/24 40/16 42/9 43/15 43/16 46/19 46/24 47/2
telling [3]  24/10 25/23 29/22
tells [1]  25/19
term [5]  8/3 8/5 8/11 17/21 48/6
terminated [2]  32/21 33/5 44/11
terms [1]  51/25
terrible [2]  21/2 33/18
terribly [4]  33/19 35/7 45/11 47/17
testimony [1]  21/25
text [2]  20/11 27/4
than [18]  8/4 8/7 8/8 9/23 11/19 11/21 15/2 17/3 18/21 29/10 29/15 31/17 36/12 40/24 41/5 45/7 51/22 52/24
thank [19]  2/21 3/10 3/14 4/20 6/1 8/2 8/19 10/16 18/17 18/18 22/17 33/11 35/23 35/24 36/1 36/10 36/17 54/22 54/23
Thanks [1]  33/10

that's [30]  4/19 4/25 7/2 12/17 12/20 13/18 13/21 15/19 17/16 18/2 20/14 21/8 25/2 26/18 27/20 27/20 28/3 29/1 29/24 30/4 30/9 30/21 33/4 33/10 37/17 38/1 43/18 47/21 52/5 54/8
their [11]  11/6 16/22 19/21 19/25 20/22 21/19 27/25 32/3 35/10 41/7 49/11
them [8]  15/15 16/2 19/18 20/14 20/22 31/19 35/10 42/18
then [19]  7/4 8/2 11/16 12/10 12/18 14/21 22/9 23/23 24/24 25/11 25/12 36/14 40/10 40/16 43/16 46/20 49/25 51/21 52/4
there [45]  3/6 3/11 3/19 3/21 7/23 9/4 12/3 12/4 12/21 13/6 14/8 14/19 16/21 16/23 17/4 17/12 17/17 17/18 17/21 23/4 24/11 28/1 29/3 29/24 32/7 32/10 34/6 36/5 40/6 41/8 42/6 42/10 42/13 43/4 43/5 43/13 43/14 44/23 44/24 45/9 45/15 45/17 47/14 47/16 53/15
there's [11]  24/13 24/15 25/11 25/12 27/12 32/24 37/11 38/13 41/11 41/24 42/4
therefore [1]  6/16
they [33]  6/25 11/5 11/5 12/12 14/5 15/13 15/14 18/8 19/20 19/20 19/21 19/23 19/25 20/5 20/19 20/20 20/23 22/15 23/25 26/22 27/15 27/19 31/19 32/19 37/14 37/17 39/7 42/7 42/8 42/8 44/9 45/4 45/14
they'd [1]  20/22
they're [2]  28/6 36/8
they've [4]  25/23 32/18 32/18 36/18
thing [5]  15/14 26/2 36/20 40/12 40/15
things [13]  15/10 17/25 20/10 20/12 23/2 23/19 23/19 31/6 31/18 39/24 42/19 42/20 45/24
think [61]
thinking [3]  17/25 37/7 43/18
thinks [1]  26/9
third [1]  3/24
THOMAS [1]  1/16
though [7]  41/12 43/11 44/17 45/15 47/9 47/16 47/21
thought [3]  11/1 24/20 31/14
thousands [2]  25/24 34/20
three [6]  8/4 8/6 8/8 8/12 31/3 51/20
threw [1]  28/24
through [12]  11/14 11/15

**T**

through... **[10]**   11/16
11/19 25/4 27/4 28/14
31/10 37/22 45/12 50/10
50/15
tied **[1]**   45/20
time **[24]**   11/10 12/10
12/22 14/20 16/8 18/21
18/24 19/24 19/25 20/2
20/9 26/3 27/15 30/11 31/5
32/1 32/5 32/18 40/1 40/1
41/3 41/15 48/13 49/17
timeline **[4]**   18/25 27/10
28/13 29/7
times **[1]**   41/21
Timofeev **[1]**   30/21
today **[15]**   3/7 3/12 3/16
4/2 5/25 26/1 27/13 29/17
29/18 33/20 35/16 46/8
50/15 51/1 54/18
TODD **[3]**   1/17 2/13 30/6
together **[1]**   11/13
told **[13]**   12/8 13/7 17/1
18/6 29/12 31/1 31/11
33/23 34/19 37/17 40/3
42/18 43/15
toll **[1]**   11/16
Tom **[1]**   2/13
too **[2]**   14/8 21/12
took **[5]**   14/18 14/19 15/24
29/1 40/9
topic **[1]**   13/1
topics **[3]**   13/2 13/3 34/14
total **[1]**   6/18
town **[1]**   24/12
traitor **[1]**   32/18
transcript **[5]**   1/9 1/25
17/10 45/23 55/4
transcription **[1]**   1/25
travel **[2]**   50/18 50/22
trial **[2]**   22/13 22/15
tries **[1]**   16/21
true **[3]**   11/22 12/5 41/24
Trump **[25]**   10/24 23/11
23/17 23/18 23/22 23/23
24/8 24/12 24/16 24/23
25/12 26/5 26/6 26/9 27/1
27/6 28/11 28/20 28/22
28/22 29/6 29/8 30/4 32/9
37/25
Trump's **[1]**   23/12
truth **[10]**   11/14 11/18
14/3 15/25 33/2 35/18
40/16 42/8 42/10 43/16
trying **[5]**   14/17 15/6 15/9
27/5 34/12
turn **[2]**   14/19 14/21
turned **[1]**   35/5
Turning **[1]**   41/1
two **[6]**   6/16 6/23 32/12
45/10 45/17 50/22
two-level **[2]**   6/16 6/23
type **[1]**   47/23
types **[3]**   3/22 10/12 44/3
typical **[1]**   40/24

**U**

U.S **[8]**   1/22 2/20 26/6
27/5 48/11 48/23 50/4
52/19

U.S.C **[8]**   2/25 4/5 6/11
8/2 9/21 40/21 52/22 53/4
unable **[1]**   53/10
unacceptable **[1]**   47/24
unavailable **[1]**   53/6
unbearable **[1]**   43/10
unbridled **[1]**   24/23
under **[12]**   6/11 7/7 8/2
8/10 26/18 40/6 40/21 44/1
44/1 48/3 52/12 53/13
understand **[11]**   7/14 13/10
18/22 18/23 28/6 31/9
33/23 34/11 40/11 41/8
45/9
understanding **[2]**   8/15
13/13
understands **[2]**   18/10 33/4
undoubtedly **[2]**   18/12
46/10
UNITED **[20]**   1/1 1/3 1/10
2/2 2/7 23/11 25/7 28/9
29/7 29/11 29/14 29/22
32/8 32/9 34/11 34/24
39/16 39/21 41/17 53/13
University **[1]**   22/24
unpleasant **[1]**   54/4
unsophisticated **[1]**   26/11
until **[7]**   12/7 12/12 13/25
14/9 14/18 46/25 48/13
unusual **[1]**   32/13
unwarranted **[1]**   10/10
up **[27]**   5/2 11/19 15/22
17/14 22/22 23/13 23/14
23/16 23/18 23/23 26/22
28/15 32/7 32/17 32/23
33/1 42/6 42/7 42/8 45/17
46/10 46/13 46/25 51/5
51/6 51/11 52/10
upbringing **[1]**   12/4
upon **[1]**   52/10
ups **[1]**   24/16
upset **[1]**   31/7
upside **[1]**   35/5
upward **[1]**   52/25
us **[4]**   14/20 25/23 26/17
33/1
use **[2]**   24/9 48/20
used **[1]**   25/13
usually **[1]**   51/2

**V**

valuable **[1]**   49/12
value **[1]**   39/15
Van **[8]**   16/22 18/5 44/16
44/25 45/1 45/16 46/1 47/3
variances **[1]**   6/17
verification **[1]**   49/4
verify **[1]**   29/10
version **[1]**   4/17
versus **[2]**   2/3 53/14
very **[11]**   6/6 13/21 20/20
22/16 24/10 28/5 29/17
36/18 40/18 41/15
view **[2]**   13/14 46/16
violation **[5]**   2/25 6/10
6/13 17/19 40/25
visit **[2]**   51/23 52/4
visited **[1]**   35/8
voluntarily **[2]**   42/7 43/15
voluntary **[1]**   28/2
volunteer **[1]**   23/13

volunteered **[1]**   25/8
volunteering **[1]**   42/20

**W**

wait **[2]**   15/17 54/14
waiting **[2]**   32/6 32/7
walking **[1]**   47/2
want **[20]**   7/2 7/17 9/10
14/7 15/14 18/2 19/9 21/12
22/21 26/5 27/2 29/17
31/12 32/2 36/12 37/6
42/25 46/20 52/3 52/14
wanted **[9]**   18/15 24/3
29/21 34/3 34/8 34/25 36/4
49/16 51/19
wants **[6]**   8/22 23/9 23/9
26/10 35/25 52/5
war **[1]**   32/1
warranted **[1]**   6/24
warrants **[1]**   20/13
Washington **[5]**   1/5 1/15
1/23 31/2 52/18
wasn't **[5]**   13/25 14/9 26/2
28/8 31/20
way **[11]**   7/19 13/22 31/23
34/24 38/14 39/19 39/20
41/11 42/3 42/5 46/10
ways **[2]**   16/25 17/2
we **[55]**   4/14 4/14 5/5 5/5
5/6 5/7 5/8 5/10 8/1 8/18
11/7 12/6 13/23 13/25 14/2
14/2 14/5 14/13 15/3 15/3
15/4 15/10 15/25 16/5
18/23 19/17 19/23 21/4
21/8 21/9 22/10 22/11
22/14 22/14 24/6 27/21
30/9 31/13 31/14 32/6
32/10 32/21 33/4 33/5 36/7
36/7 36/9 36/20 39/15
43/15 50/9 50/10 52/2 52/2
52/6
we'd **[1]**   22/13
we're **[3]**   2/22 27/20 54/23
weapon **[1]**   48/20
weeks **[2]**   21/1 23/15
weigh **[1]**   17/13
weighs **[3]**   40/22 43/18
45/1
welcome **[4]**   29/16 49/10
49/19 52/11
well **[21]**   2/17 2/21 2/22
19/21 23/19 27/22 30/8
31/18 32/22 37/8 41/12
42/3 43/2 45/16 46/3 46/18
48/24 49/25 50/9 50/12
51/17
well-prepared **[1]**   19/21
went **[5]**   22/24 22/25 32/3
39/24 53/24
West **[1]**   1/18
what **[61]**
whatever **[6]**   23/12 25/17
29/17 31/19 32/17 43/25
when **[21]**   6/24 7/17 7/25
15/17 18/6 23/15 27/12
29/1 30/6 32/2 33/21 33/23
34/6 39/23 40/10 40/15
42/17 43/14 44/18 45/10
47/14
where **[24]**   15/22 16/23
17/8 17/21 18/8 18/9 21/23

# W

**where... [17]**   23/1 23/19
 24/12 25/2 25/25 26/17
 28/6 30/24 40/12 41/14
 42/12 42/19 49/9 51/9
 52/14 52/14 54/2
**whereas [1]**   13/19
**wherever [1]**   31/19
**whether [14]**   3/18 3/19 9/4
 14/10 14/11 15/18 16/12
 16/14 19/11 21/23 34/15
 37/15 38/5 53/15
**whether that [1]**   15/18
**which [34]**   6/5 6/9 6/20
 6/22 7/21 15/2 15/8 15/12
 16/7 17/13 17/18 19/24
 20/10 20/18 21/13 22/12
 23/3 25/5 26/5 32/18 32/19
 33/18 36/21 41/2 41/7
 41/13 42/14 42/17 43/3
 43/5 43/11 46/10 48/16
 54/9
**while [8]**   10/24 12/5 23/4
 34/9 34/18 35/11 39/17
 48/18
**whirlwind [1]**   33/24
**who [23]**   2/15 2/23 4/2 7/7
 10/11 14/16 15/15 18/24
 25/3 25/18 26/4 26/4 27/2
 29/21 33/19 33/22 34/23
 35/14 41/6 41/19 43/23
 47/16 51/23
**who's [3]**   25/2 26/15 31/17
**whole [2]**   41/11 49/24
**why [9]**   5/1 28/13 29/7
 32/21 33/4 33/5 49/21
 51/10 52/8
**wife [1]**   35/9
**will [25]**   2/3 2/15 4/6
 4/21 5/23 5/24 7/4 7/16
 7/18 8/1 9/8 9/13 35/9
 36/12 36/13 36/19 47/19
 49/2 49/8 50/2 50/4 50/22
 51/10 52/20 54/11
**willing [1]**   39/12
**wiser [1]**   41/9
**witch [2]**   29/9 29/13
**witch-hunt [2]**   29/9 29/13
**within [7]**   44/7 48/12
 48/14 49/2 50/1 52/20 53/2
**without [2]**   23/5 53/11
**witness [2]**   20/4 20/7
**witnesses [1]**   35/16
**won't [1]**   33/8
**wondering [3]**   15/18 22/9
 54/1
**word [1]**   24/9
**words [3]**   38/22 53/22 54/2
**work [7]**   23/10 23/18 24/3
 24/4 25/14 26/7 27/3
**worked [5]**   23/4 23/14
 25/15 25/16 29/21
**working [4]**   10/24 24/8
 24/9 28/22
**world [4]**   15/12 15/14
 24/17 29/12
**would [45]**   3/6 3/11 4/2
 6/18 7/1 7/19 7/24 10/14
 11/1 14/15 15/7 16/8 16/15
 17/8 18/1 19/1 20/21 20/22

 20/23 20/25 22/15 24/20
 26/1 28/4 31/4 33/13 33/15
 34/24 36/7 38/21 40/5 40/7
 41/10 45/3 45/8 47/3 47/5
 47/25 49/12 49/16 49/19
 50/17 51/6 51/13 52/14
**wouldn't [4]**   21/4 27/13
 40/7 52/7
**written [2]**   3/6 49/4
**wrong [2]**   16/9 34/22

# Y

**years [6]**   6/11 8/4 8/6 8/8
 8/12 17/17
**yes [8]**   4/24 5/18 5/22
 7/16 10/16 14/25 20/8
 40/16
**yet [1]**   8/21
**York [2]**   51/20 52/4
**you [139]**
**you'd [2]**   4/1 33/13
**you'll [1]**   27/11
**young [3]**   24/18 34/2 35/20
**younger [2]**   26/21 41/5
**yourselves [1]**   2/5

# Z

**ZELINSKY [2]**   1/13 2/8
**zero [2]**   7/9 44/4
**Zwaan [8]**   16/22 18/5 44/16
 44/25 45/1 45/16 46/1 47/4