# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>GEORGE PAPADOPOULOS<br><br>　　　　　Defendant | No. 17 CR 182<br>Hon. Randolph D. Moss<br>*Judge Presiding* |

## MOTION TO WITHDRAW AS COUNSEL

Thomas M. Breen and Robert W. Stanley, counsel of record for Defendant George Papadopoulos, respectfully move this Honorable Court to enter an order withdrawing their appearances as attorneys of record in the above captioned matter. In support thereof, Counsel shows to the Court the following:

1.　In or around February 2017, Mr. Papadopoulos hired counsel to represent him in connection with the FBI's investigation into the Russian government's efforts to interfere in 2016 presidential election.

2.　On July 27, 2017, Mr. Papadopoulos was arrested and charged with one count of making a materially false statement to agents of the FBI during a voluntary interview that occurred prior to Mr. Papadopoulos retaining counsel. Additionally, Mr. Papadopoulos was charged with one count of obstruction of justice.

3.　Counsel represented Mr. Papadopoulos during the criminal case and his cooperation with the Special Counsel's Office. On October 5, 2017, Mr.

Papadopoulos pleaded guilty, pursuant to a plea agreement, to a one count information charging him with making a materially false statement.

4. On September 7, 2017 the Court sentenced Mr. Papadopoulos to fourteen (14) days of incarceration, one (1) year of supervised release, and imposed a fine of $9,500. Because the criminal case has concluded, and the time for Mr. Papadopoulos to file an appeal has passed, Counsel respectfully requests to withdraw their appearances in this matter.

5. Additionally, Mr. Papadopoulos has hired other counsel to assist him with any issues related to the criminal case following his sentencing.

Wherefore, Counsel respectfully requests the Court enter an order withdrawing their appearances for Mr. Papadopoulos in this matter.

Respectfully submitted,

/s/ Thomas M. Breen

BREEN & PUGH
53 W. Jackson Blvd.
Suite 1215
Chicago, Illinois 60604
(312) 360-1001