NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                         Criminal Number  17-cr-00182

**GEORGE PAPADOPOULOS**
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Michael P. Hatley, D.C Bar No. 1027701
*(Attorney & Bar ID Number)*

Pierce Bainbridge Beck Price & Hecht LLP
*(Firm Name)*

One Thomas Circle, NW - Suite 700
*(Street Address)*

Washington, DC 20005
*(City)         (State)         (Zip)*

(213) 262-9333, ext. 222
*(Telephone Number)*