UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                :
                                                                : Criminal No. 17-cr-00182 (RDM)
     -and-                                :
                                                                :
GEORGE PAPADOPOULOS,                     :
                                                                :
         Defendant.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MOTION FOR ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*

      Pursuant to Civil Local Rule 83.2(d), Defendant George Papadopoulos moves for the admission and appearance of attorney Caroline J. Polisi *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Caroline J. Polisi, filed herewith. As set forth in Ms. Polisi's declaration, she is admitted and an active member in good standing of the following courts and bars: the State of New York, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York. This motion is supported and signed by Michael P. Hatley, an active and sponsoring member of the Bar of this Court.

Dated: November 16, 2018              Respectfully submitted,

                                                  Michael P. Hatley
                                                  DC Bar # 1027701
                                                  Pierce Bainbridge Beck Price & Hecht LLP
                                                  One Thomas Circle, NW, Suite 700
                                                  Washington, DC 20005
                                                  (213) 262-9333, ext. 222
                                                  mhatley@piercebainbridge.com

                                                  *Attorneys for Defendant George Papadopoulos*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                       :
                                                :   Criminal No. 17-cr-00182 (RDM)
        -and-                                   :
                                                :
GEORGE PAPADOPOULOS,                            :
                                                :
        Defendant.                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF CAROLINE J. POLISI IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

I, Caroline J. Polisi, hereby declare:

1. My name is Caroline J. Polisi, counsel for George Papadopoulos. I am a partner with the law firm of Pierce Bainbridge Beck Price & Hecht LLP.

2. My office is located at 20 West 23rd Street, 5th floor New York, New York 10010. My office telephone is (212) 484-9866.

3. I am a member in good standing of the Bar of the State of New York. I am also admitted to practice in the U.S. District Court for the Eastern District of New York and the U.S. District Court for the Southern District of New York.

4. I certify that I am currently in good standing with all states, courts, and bars in which I am admitted and I have not previously been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from any office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 16th day of November, 2018.

Dated: November 16, 2018                     Respectfully submitted,

*Caroline Johnston Polisi*
Caroline J. Polisi
Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, 5th Floor
New York, New York 10010
(212) 484-9866
cpolisi@piercebainbridge.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,          :
                                                      :  Criminal No. 17-cr-00182 (RDM)
    -and-                                :
                                                      :
GEORGE PAPADOPOULOS,            :
                                                      :
    Defendant.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CAROLINE J. POLISI *PRO HAC VICE*

    The Court has reviewed the Defendant's motion for admission of attorney Caroline J. Polisi *pro hac vice*. Upon consideration of that motion, the Court grants attorney Caroline J. Polisi *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED:_____               _____
                                                     United States District Judge