**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

| Document Number | Document Description | Pages | Document Error |
|---|---|---|---|
| Document | Main document | 1 | **DOCUMENT COULD NOT BE RETRIEVED! However, it may still be viewable individually.** |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                  :
                                           :  Criminal No. 17-cr-00182 (RDM)
         -and-                             :
                                           :
GEORGE PAPADOPOULOS,                       :
                                           :
         Defemdant.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

# DECLARATION OF CHRISTOPHER N. LAVIGNE IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

I, Christopher N. LaVigne, hereby declare:

1. My name is Christopher N. LaVigne, counsel for George Papadopoulos. I am a partner with the law firm of Pierce Bainbridge Beck Price & Hecht LLP.

2. My office is located at 20 West 23rd Street, 5th floor New York, New York 10010. My office telephone is (212) 484-9866.

3. I am a member in good standing of the Bar of the State of New York. I am also admitted to practice in the U.S. District Court for the Eastern District of New York and the U.S. District Court for the Southern District of New York.

4. I certify that I am currently in good standing with all states, courts, and bars in which I am admitted and I have not previously been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from any office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 16th day of November, 2018.

Dated: November 16, 2018

Respectfully submitted,

Christopher N. LaVigne
Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, 5th Floor
New York, New York 10010
(212) 484-9866
clavigne@piercebainbridge.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                :
                                                              : Criminal No. 17-cr-00182 (RDM)
    -and-                                             :
                                                              :
GEORGE PAPADOPOULOS,                     :
                                                              :
        Defendant.                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY CHRISTOPHER N. LAVIGNE *PRO HAC VICE*

       The Court has reviewed the Defendant's motion for admission of attorney Christopher N. LaVigne *pro hac vice*. Upon consideration of that motion, the Court grants attorney Christopher N. LaVigne *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED:_____      _____
                                                                      United States District Judge