UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,              :
                                                        :   Criminal No. 17-cr-00182 (RDM)
      -and-                                  :
                                                        :
GEORGE PAPADOPOULOS,                   :
                                                        :
      Defendant.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## MOTION FOR ADMISSION OF ATTORNEY TO APPEAR *PRO HAC VICE*

      Pursuant to Civil Local Rule 83.2(d), Defendant George Papadopoulos moves for the admission and appearance of attorney John M. Pierce *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of John M. Pierce, filed herewith. As set forth in Mr. Pierce's declaration, he is admitted and an active member in good standing of the following courts and bars: the State of California, the U.S. Supreme Court, the U.S. District Court for the Central District of California, the U.S. District Court for the Northern District of California, and the U.S. District Court of Western Pennsylvania. This motion is supported and signed by Michael P. Hatley, an active and sponsoring member of the Bar of this Court.

Dated: November 16, 2018                      Respectfully submitted,

                                                      /s/ Michael P. Hatley
                                                      Michael P. Hatley
                                                      DC Bar # 1027701
                                                      Pierce Bainbridge Beck Price & Hecht LLP
                                                      One Thomas Circle, NW, Suite 700
                                                      Washington, DC 20005
                                                      (213) 262-9333, ext. 222
                                                      mhatley@piercebainbridge.com

                                                      *Attorneys for Defendant George Papadopoulos*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                :
                                         :  Criminal No. 17-cr-00182 (RDM)
       -and-                             :
                                         :
GEORGE PAPADOPOULOS,                     :
                                         :
              Defendant.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

# DECLARATION OF JOHN M. PIERCE IN SUPPORT OF MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

I, John M. Pierce, hereby declare:

1. My name is John M. Pierce, counsel for George Papadopoulos. I am the Managing Partner with the law firm of Pierce Bainbridge Beck Price & Hecht LLP.

2. My office is located at 600 Wilshire Boulevard, Suite 500, Los Angeles, California 90017. My office telephone is (213) 262-9333.

3. I am a member in good standing of the Bar of the State of California. I am also admitted to practice in the U.S. Supreme Court, the U.S. District Court for the Central District of California, the U.S. District Court for the Northern District of California, and the U.S. District Court of Western Pennsylvania.

4. I certify that I am currently in good standing with all states, courts, and bars in which I am admitted and I have not previously been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from any office located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, this 16th day of November, 2018.

Dated: November 16, 2018                    Respectfully submitted,

*/s/ John M. Pierce*

John M. Pierce
Pierce Bainbridge Beck Price & Hecht LLP
600 Wilshire Boulevard, Suite 500
Los Angeles, CA 90017
(213) 262-9333
jpierce@piercebainbridge.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
|  | : Criminal No. 17-cr-00182 (RDM) |
| -and- | : |
|  | : |
| GEORGE PAPADOPOULOS, | : |
|  | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JOHN M. PIERCE *PRO HAC VICE*

The Court has reviewed the Defendant's motion for admission of attorney John M. Pierce *pro hac vice*. Upon consideration of that motion, the Court grants attorney John M. Pierce *pro hac vice* admission to this Court.

IT IS SO ORDERED.

DATED:_____                    _____
                                                                    United States District Judge