## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE PAPADOPOULOS,<br><br>                Defendant. | Criminal No. 17-cr-182-RDM<br><br>**MOTION TO CONTINUE<br>SURRENDER DATE** |

      On behalf of George Papadopoulos, we submit this motion respectfully requesting that the Court stay the deadline of November 26, 2018 for Mr. Papadopoulos to surrender to the institution designated by the Bureau of Prisons, pending the outcome of this Court's decision on his motion for bail pending the appeal, filed on November 16, 2018 (Doc. 57), and if this Court denies his motion for bail pending appeal, to stay the surrender date pending the outcome of Mr. Papadopoulos's motion for bail pending appeal to the United States Court of Appeals for the District of Columbia Circuit. If Mr. Papadopoulos is required to surrender during the pendency of his motion for bail pending appeal, the purpose of his motion would be frustrated.

Dated:  November 16, 2018
        Washington, D.C.

Respectfully submitted,

By: _____

Christopher N. LaVigne
Caroline J. Polisi
Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, 5th Floor
New York, NY 10010
(212) 484-9866
clavigne@piercebainbridge.com
cpolisi@piercebainbrige.com

John M. Pierce
Pierce Bainbridge Beck Price & Hecht LLP
600 Wilshire Boulevard, Suite 500
Los Angeles, CA 90017
(213) 262-9333
jpierce@piercebainbridge.com

Michael P. Hatley
DC Bar # 1027701
Pierce Bainbridge Beck Price & Hecht LLP
One Thomas Circle, NW, Suite 700
Washington, DC 20005
(213) 262-9333, ext. 222
mhatley@piercebainbridge.com

*Attorneys for Defendant George Papadopoulos*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEORGE PAPADOPOULOS,<br><br>           Defendant. | Criminal No. 17-cr-182-RDM<br><br><br>**[Proposed] ORDER** |

The Court having considered George Papadopoulos's motion to stay his surrender date pending his motion before this Court, and, if necessary, before the United States Court of Appeals for the District of Columbia Circuit, for a stay of his surrender date to the institution designated by the Federal Bureau of Prisons pending a decision on his motion for bail pending the outcome of the appeal in *In re: Grand Jury Investigation*, No. 18-3052, in the United States Court of Appeals for the District of Columbia Circuit, it is hereby

      ORDERED that the defendant's motion is GRANTED; it is further

      ORDERED that the defendant's surrender date to the Federal Bureau of Prisons is continued until further order of the Court.

Dated: November ___, 2018  
      Washington, D.C.

                                                           Hon. Randolph D. Moss  
                                                          United States District Judge