# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE PAPADOPOULOS,<br><br>Defendant. | Crim. No. 17-cr-182 (RDM) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Jeannie Rhee as counsel for the Government in the above-captioned matter.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel

Dated: April 17, 2019

*/s/ Jeannie Rhee*
U.S. Department of Justice
Special Counsel's Office
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 616-0800
*Attorney for the United States of America*