**PIERCE BAINBRIDGE**

Caroline J. Polisi
Partner
277 Park Avenue, 45th Floor
New York, NY 10172
cpolisi@piercebainbridge.com
(646) 457-1881

**Via ECF**

July 12, 2019

The Honorable Randolph D. Moss
United States District Judge
United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:   *United States v. Papadopoulos*, Case No. 17-CR-182 (RDM)

Dear Judge Moss:

I represent George Papadopoulos in the above-referenced case.

I am writing to respectfully request an order for Pretrial Services to release Mr. Papadopoulos's passports pursuant to this Court's recent order granting a temporary modification of his conditions of supervised release. As the Court is aware, it recently approved Mr. Papadopoulos's travel later this month to Europe for business.

I thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Caroline J. Polisi
Caroline J. Polisi

cc:  Aaron Zelinsky, Esq., DOJ (by ECF and email)
     U.S. Probation Officer Yvette Trepichio (by email)