# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> GEORGE PAPADOPOULOS, <br><br> Defendant. | Criminal No. 17-cr-182-RDM <br><br> **MOTION TO RELEASE PASSPORT** |

On behalf of George Papadopoulos, we respectfully request that the Court order Pretrial Services to release his passport, since his supervision has been completed, without objection from Pretrial Services or Probation. Annexed to this motion is the proposed form of order.

Dated: December 13, 2019
      New York, New York

Respectfully submitted,

By: _____
Caroline J. Polisi
Pierce Bainbridge Beck Price & Hecht LLP
277 Park Avenue, 45th Floor
New York, NY 10172
(646) 457-1881
cpolisi@piercebainbridge.com

*Attorneys for Defendant*
*George Papadopoulos*

## CERTIFICATE OF SERVICE

I, Caroline J. Polisi, hereby certify that on December 13, 2019, I caused a true and correct copy of the foregoing to be filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

Caroline J. Polisi

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 17-cr-182-RDM |
| v. | |
| GEORGE PAPADOPOULOS, | **PROPOSED ORDER** |
| Defendant. | |

Upon consideration of Mr. Papadopoulos's motion to release his passport,

IT IS HEREBY ORDERED that Pretrial Services may release Defendant's George Papadopoulos's passport.

DATED this _____, 2019.

_____
Honorable Randolph D. Moss
United States District Judge