UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 17-cr-182-RDM |
| GEORGE PAPADOPOULOS, | ~~PROPOSED~~ ORDER |
| Defendant. | |

Upon consideration of Mr. Papadopoulos's motion to release his passport,

IT IS HEREBY ORDERED that Pretrial Services may release Defendant's George Papadopoulos's passport.

DATED this 17th Dec, 2019.

_____
Honorable Randolph D. Moss
United States District Judge